**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:   (415) 762-5277
Email:        brent@meyerllp.com

Attorneys for Debtors in Possession
WILLIAM DOKOS BUTLER and
ANNE HARMSEN BUTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM DOKOS BUTLER and<br>ANNE HARMSEN BUTLER,<br><br>Debtors in Possession. | BK Case No.: 25-51814-SLJ<br><br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT FILED BY DEBTOR IN POSSESSION**<br><br>Date:    January 8, 2026<br>Time:    11:00 a.m.<br>Judge:   Hon. Stephan L. Johnson |

Debtors in Possession William Dokos Butler and Anne Harmsen Butler ("Debtor") hereby submits this initial *Status Conference Statement* pursuant to the requirements set forth in the *Order Setting Status Conference* [Dkt. No. 12] issued by this Court in the above-referenced matter.

1. **Factors Leading to Bankruptcy Filing, Debtor's Objectives, and Means to Achieve Objectives**. Debtor was facing significant liability on account of personally guaranties for various entities, and their debt structure combined with pending litigation and temporary loss of employment made it such that Debtor was required to seek relief under Title 11, Chapter 11 of the United States Code to reorganize their financial affairs.

2. **Proposed Schedule for Filing Chapter 11 Plan**. Debtor is in the early stages of drafting their Chapter 11 Plan of Reorganization, and it is anticipated that Debtor will be in a position to file such plan in approximately 30-45 days.

3. **Outline of Proposed Plan**. Debtor's proposed plan of reorganization is fairly straightforward, in which Debtor will liquidate residential real property commonly known as 730 Mora Drive, Los Altos, California 94024 (the "Mora Drive Property") and pay general unsecured creditor a *pro-rata* share of the amount required under 11 U.S.C. § 1129(a)(7).

4. **Insurance Coverage of Debtor's Assets**. Debtor has insurance policies for the Mora Drive Property and all of their vehicles.

5. **Retention of Professionals**. Debtor has retained Meyer Law Group, LLP as general bankruptcy counsel, and such employment was approved by this Court. See Dkt. No. 25. Further, Debtor has retained Golden Gate Sotheby's International Realty as realtor for the Mora Drive Property, and such employment was also approved by this Court. See Dkt. No. 26.

6. **Post-Petition Revenue**. Since the Petition Date, Mr. Butler has received regular employment income, and is currently interviewing for positions consistent with his skill and expertise, and although Mrs. Butler has not received any post-petition income, she is currently seeking full-time employment.

7. **Status of Pending Litigation.** As of the Petition Date (November 20, 2025), Debtor was the defendant in 4 different lawsuits pending in various state courts, which at this

BK CASE NO. 25-51814-SLJ
- 2 -
STATUS CONFERENCE STATEMENT FILED BY DEBTOR IN POSSESSION
Case: 25-51814    Doc# 27    Filed: 01/07/26    Entered: 01/07/26 22:00:24    Page 2 of 4

time, are currently stayed pursuant to 11 U.S.C. § 362(a).

8. **Initial Debtor Interview (IDI) and Meeting of Creditors.**

   A. **Initial Debtor Interview (IDI).** Due to a scheduling conflict of Mr. Butler, the IDI has been continued to January 13, 2026 at 1:00 p.m.

   B. **Section 341(a) First Meeting of Creditors**. Since the IDI was rescheduled, Debtor met-and-conferred with the Office of the U.S. Trustee, and it was agreed that the First Meeting of Creditors would be rescheduled to a date after competition of the IDI, which is currently for January 14, 2026 at 2:30 p.m.

   C. **Documents Provided to Office of U.S. Trustee**. As of the date of this *Status Conference Statement*, Debtor has provided the Office of the U.S. Trustee with substantially all requested documents and information, and it is anticipated that the remaining documents will be provided to the Office of the U.S. Trustee in advance of the IDI.

9. **Monthly Operating Reports, DIP Accounts, and Post-Petition Taxes.**

   A. **Monthly Operating Reports**. Debtor anticipates that the first *Monthly Operating Report* for the period ending December 31, 2025, which will include the 10-day stub period for November 2025, should be timely filed on or before January 21, 2026.

   B. **DIP Accounts**. Debtor is currently in the process of opening DIP Accounts, as there have been challenges locating a financial institution that will open such accounts for Debtor, and anticipates that those accounts will be opened shortly.

   C. **Payments to Taxing Authorities**. As of the date of this *Status Conference Statement*, Debtor has not made post-petition payments for taxes.

10. **Cash Collateral**. At this time, Debtor does not generate any cash collateral.

11. **Orders Regarding Relief from Stay.** As of the date of this *Status Conference Statement*, the automatic stay set forth in 11 U.S.C. § 362(a) has not been altered, modified, annulled, or terminated in any manner, and no creditor (or other party in interest) has filed a motion requesting relief from the automatic stay.

12. **Motion to Assume / Reject Executory Contracts or Unexpired Leases**. At this time, Debtor does not believe that there are any unexpired leases or executory contracts that will

be assumed or rejected.

13. **Unique Issues Concerning Secured Debt**. Except for potential issues related to 11 U.S.C. § 506 with respect to the Mora Drive Property, at this time, Debtor is not aware of any other unique issues concerning secured debt in this matter.

14. **Unusual Developments or Events**. Except as to those matters referenced in this *Status Conference Statement*, there have not been any unusual developments or events that have occurred since the Petition Date (November 20, 2025) or are expected to occur, which might materially affect administration of this case.

Dated: January 7, 2026                    **MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
    Brent D. Meyer
    Attorneys for Debtors in Possession
    WILLIAM DOKOS BUTLER and
    ANNE HARMSEN BUTLER