Vedder Price (CA), LLP
Nitya Bhardwaj, Bar No. 340938
nbhardwaj@vedderprice.com
1925 Century Park East, Suite 1900,
Los Angeles, California 90067
Telephone: +1 424 204 7700
Facsimile: +1 424 204 7702



**Entered on Docket
February 20, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes the order of the Court.
Signed: February 20, 2026

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>**William Dokos Butler and Anne Harmsen Butler**<br>**aka Anne T. Harmsen**<br><br>Debtor(s). | Case No. 25-51814<br>Chapter 11 |

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Max C. DuVal**, whose business address and telephone number is

**1633 Broadway, 31st Street
New York, NY 10019**

and who is an active member in good standing of the bar of **New York** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **LEAF Capital Funding, LLC**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**