

JESSICA M. SIMON – SBN 277581
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile:  (818) 501-2985
Email: jsimon@hrhlaw.com

Attorneys for Movant,
BANK OF AMERICA, N.A.

The following constitutes the order of the Court.
Signed: March 16, 2026

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

IN RE:

WILLIAM DOKOS BUTLER and
ANNE HARMSEN BUTLER,

　　　　　　Debtors.

CASE NO.:  25-51814

CHAPTER 11

**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION UNDER RULE 2004**

Document Production Date
Date:　　　　March 31, 2026
Time:　　　　10:00 a.m. PST
Location:　　15910 Ventura Boulevard
　　　　　　12th Floor
　　　　　　Encino, California 91436
　　　　　　-or-
　　　　　　Electronically by agreement

Examination Date:
Date:　　　　April 17, 2026
Time:　　　　10:30 a.m. PST
Location:　　Via Zoom

Based upon the Application of BANK OF AMERICA, N.A. ("Movant") for an Order authorizing the examination of WILLIAM DOKOS BUTLER and ANNE HARMSEN BUTLER ("Debtors") ("Application"), and good cause appearing therefore, it is hereby

ORDERED that Movant's Application is granted and the Court hereby orders the examination of Debtors pursuant to F.R.B.P. Rule 2004 on April 17, 2026, at 10:30 a.m. PST to be conducted

remotely. Movant shall provide Debtors with the remote examination instructions in advance of the examination. The examination shall be continued from day to day, weekends and holidays excepted, as necessary to complete the examination. The Court further orders the Debtors to produce the documents requested in the Application by March 31, 2026, at 10:00 a.m. at the law offices of Hemar, Rousso & Heald LLC, 15910 Ventura Boulevard, 12th Floor, Encino, California 91436 or electronically, by agreement of the parties.

IT IS SO ORDERED.

**\* END OF ORDER \***

**HEMAR, ROUSSO & HEALD, LLP**
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION UNDER RULE 2004

**COURT SERVICE LIST**

N/A. All parties are all ECF registered participants

ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION UNDER RULE 2004

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA  91436
(818) 501-3800