**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:        brent@meyerllp.com

Attorneys for Debtors in Possession
WILLIAM DOKOS BUTLER and
ANNE HARMSEN BUTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| In re | BK Case No.:  25-51814-SLJ |
|---|---|
| WILLIAM DOKOS BUTLER and ANNE HARMSEN BUTLER, | Chapter 11 |
| | *EX PARTE* **APPLICATION TO CONTINUE CHAPTER 11 STATUS CONFERENCE** |
| Debtors in Possession. | Date:          [NO HEARING SCHEDULED]<br>Time:<br>Location:<br>Judge:        Hon. Stephan L. Johnson |

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

- 1 -

Case: 25-51814   Doc# 54   Filed: 06/01/26   Entered: 06/01/26 14:23:40   Page 1 of 2

Debtors in Possession William Dokos Butler and Anne Harmsen Butler ("Debtor") hereby submit this *ex parte* application (the "Application") to continue the Chapter 11 Status Conference in this matter based on the following.

1.      On January 8, 2026, and following the initial Chapter 11 Status Conference, this Court continued the Status Conference to May 7, 2026.  (See CM/ECF).

2.      On April 22, 2026, and in conjunction with the *Order to Show Cause,* the Court continued the Status Conference from May 7, 2026 to June 4, 2026.  (Dkt. No. 46).

3.      Counsel for Debtor is scheduled to be on a flight on June 4, 2026 at approximately 10:25 a.m. PST, and at present, will be unavailable to attend the Status Conference on June 4, 2026 at 11:00 a.m. as currently scheduled.  (Counsel Decl. ¶ 3).

Based on the foregoing, Debtor respectfully requests that the Court continue the Status Conference in matter from June 4, 2026 at 11:00 a.m. to July 9, 2026 at 11:00 a.m., or such other date and time that is convenient for the Court.

Dated: June 1, 2026

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
     Brent D. Meyer
     Attorneys for Debtors in Possession
     WILLIAM DOKOS BUTLER and
     ANNE HARMSEN BUTLER

BK CASE NO. 25-51814-SLJ

*EX PARTE* APPLICATION TO CONTINUE CHAPTER 11 STATUS CONFERENCE

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

Case: 25-51814   Doc# 54   Filed: 06/01/26   Entered: 06/01/26 14:23:40   Page 2 of 2