**CHUDLEIGH LAW P.C.**
Daniel W. Chudleigh, Cal. Bar No. 279564
6 S. Alta Mira
Laguna Beach, California 92651
Telephone: (949) 504-5000
Email: dan@chudleighlaw.com
Proposed Substitute Counsel for Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **In re:**<br><br>WILLIAM DOKOS BUTLER and ANNE HARMSEN BUTLER,<br><br>Debtors in Possession. | **Case No. 25-51814-CMP**<br><br>**Chapter 11**<br><br>**SUBSTITUTION OF ATTORNEY FOR DEBTORS IN POSSESSION** |

TO THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, ALL PARTIES IN INTEREST, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Debtors in Possession William Dokos Butler and Anne Harmsen Butler hereby substitute Daniel W. Chudleigh of Chudleigh Law P.C., 6 S. Alta Mira, Laguna Beach, California 92651, Telephone: (949) 504-5000, Email: dan@chudleighlaw.com, as counsel in place of Brent D. Meyer of Meyer Law Group, LLP, 268 Bush Street #3639, San Francisco, California 94104, Telephone: (415) 765-1588, Facsimile: (415) 762-5277, in the above-captioned matter.

This Substitution of Attorney is filed concurrently with the Debtors' Application to Employ Chudleigh Law P.C. and Daniel W. Chudleigh under 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014.


Case: 25-51814 Doc# 66 Filed: 09/02/26 Entered: 09/02/26 13:37:44 Page 1 of 2

**DEBTORS CONSENT TO SUBSTITUTION:**

Dated: Sep 1, 2026

WILLIAM DOKOS BUTLER
Debtor in Possession

Dated: Sep 1, 2026

Anne Butler (Sep 1, 2026 19:28:02 MDT)
ANNE HARMSEN BUTLER
Debtor in Possession

**INCOMING COUNSEL ACCEPTS SUBSTITUTION:**

Dated: Sep 2, 2026

CHUDLEIGH LAW P.C.
By: Daniel W. Chudleigh, Esq.
Attorney for Debtors in Possession

**OUTGOING COUNSEL CONSENTS TO SUBSTITUTION:**

Dated: Sep 1, 2026

Brent Meyer
Brent Meyer (Sep 1, 2026 17:20:51 PDT)
MEYER LAW GROUP, LLP
By: Brent D. Meyer, Esq.
Former Attorneys for Debtors in Possession