JESSICA M. SIMON – SBN 277581
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Blvd., 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jsimon@hrhlaw.com

Attorneys for Creditor,
BANK OF AMERICA, N.A.

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

In re:

WILLIAM DOKOS BUTLER
and ANNE HARMSEN BUTLER,

Debtors.

CASE NO.: 25-51814

CHAPTER 11

**DECLARATION OF JESSICA SIMON IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION TO DISMISS CHAPTER 11 CASE**

Hearing
Date: October 23, 2026
Time: 10 a.m.
Ctrm: 215 (Hon. Cara Masako Porter) or Remote

(Notice of Motion, Motion and Memorandum, and Declaration of Cami Corkery filed concurrently herewith)



Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 1 of 191

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

I, JESSICA M. SIMON, declare and state as follows:

1. I am an attorney-at-law, duly licensed to practice before all Courts in the State of California. I am a Partner at the Law Offices of Hemar, Rousso & Heald, LLP, attorneys of record for Bank of America, N.A. ("Bank") herein. As such I have personal knowledge of the within stated facts, and if called upon to testify, could and would testify competently thereto.

2. On November 20, 2025, Debtors filed their Schedules and Statement of Financial Affairs ("SOFA," Dkt. 1). Attached hereto as **Exhibit 2** is a true copy of the Schedules and SOFA that Debtors filed in this case, which I personally reviewed.

3. On January 14, 2026, I, on behalf of Bank, attended a continued 341 Meeting of Creditors ("341 Meeting") to question the Debtors on their assets and liabilities. Attached hereto as **Exhibit 4** is a true and correct copy of the 341 Meeting recording that our firm obtained from the Court following the 341 Meeting.

4. Based on the Debtors' testimony at the 341 Meeting, I, on behalf of Bank, and the United States Trustee ("UST") requested that Debtors amend their Schedules and SOFA to correct numerous deficiencies in their Schedules and SOFA.

5. On June 15, 2026, Debtors filed their Amended Schedules and SOFA ("Amended Schedules and SOFA," Dkt. 60). Attached hereto is **Exhibit 3** as a true copy of the Amended Schedules and SOFA that Debtors filed, which I personally reviewed.

6. On July 22, 2026, I, on behalf of the Bank, conducted a 2004 Examination (the "2004 Exam") of Debtors, pursuant to the Court's Order Granting Bank's Application for Examination (the "2004 Order," Dkt. 41). Attached hereto as **Exhibit 5** is a true and correct copy of the 2004 Exam transcript. Based on results of the 2004 Exam, I, on behalf of the Bank, requested further amendment of the Amended Schedules and SOFA to correct a number of remaining deficiencies. To date, the Amended Schedules and SOFA have not been further amended.

7. Pursuant to the 2004 Order, the Court also ordered the Debtors to produce documents requested in the Bank's Motion for 2004 Exam ("2004 Motion"). (*See* Dkts. 39, 41.) Debtors failed to produce all documents, which resulted in months of meet and confer discussions that I had with Debtors' counsel on the documents that still required production. To date, all documents have not been produced

and the meet and confer discussions did not resolve the myriad issues in this case, as detailed in the Motion. Debtors did, however, produce a copy of the HFLP operating agreement. Attached hereto as **Exhibit 12** are pertinent, redacted and excerpted provisions of the HFLP operating agreement. Bank does not attach a full copy of the operating agreement for confidentiality purposes but can do so upon the Court's request

8. I, on behalf of the Bank, have received and reviewed the Monthly Operating Reports ("MOR") filed in this case, including the MORs ending in March, April, and June 2026. Attached hereto are **Exhibits 6 - 8** are true and correct copies of the MORs ending in March, April, and June 2026. As of the date of this filing, I have not seen or received notice of a filed MOR ending July 2026 or ending August 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of September 2026, at Encino, California.

/s/ *Jessica M. Simon*

JESSICA M. SIMON

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800



Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 3 of 191

# EXHIBIT 2

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | William<br>First name<br>Dokos<br>Middle name<br>Butler<br>Last name and Suffix (Sr., Jr., II, III) | Anne<br>First name<br>Harmsen<br>Middle name<br>Butler<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | AKA Anne T. Harmsen |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx-xx-9634 | xxx-xx-4900 |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5. Where you live**

**About Debtor 1:**

730 Mora Drive
Los Altos, CA 94024
Number, Street, City, State & ZIP Code

Santa Clara
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

**About Debtor 1:**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

**About Debtor 2:**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☒ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Decorative Plumbing Distributors, LLC | | | Relationship to you | Related Entity |
| District | N.D. California | When | 1/28/25 | Case number, if known | 25-40140 |
| Debtor | Shapes Supply LLC | | | Relationship to you | Related Entity |
| District | N.D. Illinois | When | 4/28/25 | Case number, if known | 25-06501 |

**11. Do you rent your residence?**

- ☒ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☒ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**Part 6: Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Part 7: Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| /s/ William Dokos Butler | /s/ Anne Harmsen Butler |
| William Dokos Butler | Anne Harmsen Butler |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on November 20, 2025 (MM / DD / YYYY) | Executed on November 20, 2025 (MM / DD / YYYY) |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Brent D. Meyer
Signature of Attorney for Debtor

Date November 20, 2025
MM / DD / YYYY

Brent D. Meyer 266152
Printed name

Meyer Law Group, LLP
Firm name

268 Bush Street #3639
San Francisco, CA 94104
Number, Street, City, State & ZIP Code

Contact phone (415) 765-1588
Email address brent@meyerllp.com

266152 CA
Bar number & State

**Fill in this information to identify your case:**

Debtor 1 William Dokos Butler
First Name Middle Name Last Name

Debtor 2 Anne Harmsen Butler
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number ______________
(if known)

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Contact

(800) 874-2717
Contact phone

**What is the nature of the claim?** Revolving account — $59,680.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured) ______

Value of security: - ______
Unsecured claim ______

**2**

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Contact

(800) 874-2717

**What is the nature of the claim?** Revolving account — $44,546.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured) ______

Value of security: - ______



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Contact phone

Unsecured claim

---

**3**

Austin Business Finance LLC dba Backd
4853 Williams, Ste 111, Office G
Georgetown, TX 78633

Contact

Contact phone

**What is the nature of the claim?** Personal Guarantee $597,623.29

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**4**

Bank of America, N.A.
100 N Tryon Street
Charlotte, NC 28202

Contact

Contact phone

**What is the nature of the claim?** All Property Set forth in Attachment 9(c) to the Writ of Attachment $4,048,726.59

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☒ Yes. Total claim (secured and unsecured) $4,048,726.59
  - Value of security: - $0.00
  - Unsecured claim $4,048,726.59

---

**5**

Bank of America, N.A.
P.O. Box 982238
El Paso, TX 79998-2238

Contact

(800) 421-2110
Contact phone

**What is the nature of the claim?** Revolving account $104,051.88

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**6**

Bank of America, N.A.
P.O. Box 982238
El Paso, TX 79998-2238

**What is the nature of the claim?** Revolving account $96,512.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

[x] None of the above apply

**Does the creditor have a lien on your property?**

[x] No
[ ] Yes. Total claim (secured and unsecured)

Contact

(800) 421-2110
Contact phone

Value of security: -
Unsecured claim

---

7

Bluevine, Inc.
30 Montgomery Street
Jersey City, NJ 07302

**What is the nature of the claim?** Revolving account $82,303.00

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
[x] None of the above apply

**Does the creditor have a lien on your property?**

[x] No
[ ] Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

8

Capital One Bank, N.A.
P.O. Box 31293
Salt Lake City, UT 84131-0293

**What is the nature of the claim?** Open account $200,716.00

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
[x] None of the above apply

**Does the creditor have a lien on your property?**

[x] No
[ ] Yes. Total claim (secured and unsecured)

Contact

(800) 955-7070
Contact phone

Value of security: -
Unsecured claim

---

9

Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812

**What is the nature of the claim?** Income Tax (Form 540) for 2023 $35,259.34

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
[x] None of the above apply

**Does the creditor have a lien on your property?**

[x] No
[ ] Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**10**

Idea 247 Inc.
800 NW 62 Avenue, Suite 750
Miami, FL 33126

Contact

Contact phone

**What is the nature of the claim?** $275,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**11**

JPMorgan Chase Bank, N.A.
P.O. Box 15369
Wilmington, DE 19850-5369

Contact

(800) 945-2000
Contact phone

**What is the nature of the claim?** Revolving account $40,565.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**12**

JPMorgan Chase Bank, N.A.
P.O. Box 15369
Wilmington, DE 19850-5369

Contact

(800) 945-2000
Contact phone

**What is the nature of the claim?** Revolving account $36,440.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**13**

LEAF Capital Funding, LLC
One Commerce Square
2005 Market Street, 14th Floor
Philadelphia, PA 19103

**What is the nature of the claim?** $294,347.33

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**14**

Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403

Contact

Contact phone

**What is the nature of the claim?** 730 Mora Drive, Los Altos, CA 94024Santa Clara County $1,275,488.99

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured) $3,252,413.99
Value of security: - $5,950,000.00
Unsecured claim $1,275,488.99

---

**15**

PIRS Capital, LLC / AMA Recovery Group
3131 Eastside Street, Suite #435
Houston, TX 77098

Contact

Contact phone

**What is the nature of the claim?** Personal Guarantee $295,346.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**16**

Sofi Bank
P.O. Box 654081
Dallas, TX 75265-4081

Contact

(855) 456-7634
Contact phone

**What is the nature of the claim?** Installment account $43,971.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**17**

SoFi Servicing
2750 East Cottonwood Parkway,

**What is the nature of the claim?** Unsecured Loan $100,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Suite 300
Salt Lake City, UT 84121

Contact

Contact phone

☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**18**

U.S. Small Business Administration
455 Market Street, Suite 600
San Francisco, CA 94105

Contact

Contact phone

**What is the nature of the claim?** Personal Guarantee $485,173.95

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**19**

WebBank / PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

Contact

Contact phone

**What is the nature of the claim?** Personal Guarantee $189,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**20**

West American Finance
Corporation
26 North State Street
Salt Lake City, UT 84103

Contact

Contact phone

**What is the nature of the claim?** $352,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

## Part 2: Sign Below



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | William Dokos Butler | | |
| Debtor 2 | Anne Harmsen Butler | Case number *(if known)* | |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X /s/ William Dokos Butler
William Dokos Butler
Signature of Debtor 1

Date November 20, 2025

X /s/ Anne Harmsen Butler
Anne Harmsen Butler
Signature of Debtor 2

Date November 20, 2025



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | William Dokos Butler | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Anne Harmsen Butler | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ 5,950,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ 1,586,906.61 |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ 7,536,906.61 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 11,274,215.58 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 39,378.34 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 3,374,726.95 |
| **Your total liabilities** | $ 14,688,320.87 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 4,422.26 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 10,934.25 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☒ Yes

7. **What kind of debt do you have?**
   - ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.


Case: 25-51814 Doc# 177 Filed: 10/20/25 Entered: 10/20/25 16:15:48 Page 19 of 191

Debtor 1 William Dokos Butler
Debtor 2 Anne Harmsen Butler
Case number *(if known)* ____________

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 7,753.08

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 39,378.34 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 39,378.34 |


Caase: 2255-5518814 Dooc#177 Filede:d1:10/02/2256 Enteredd:1:0/02/2256 1:60:15:90:37:548 Paagee1620f of 67
191

**Fill in this information to identify your case and this filing:**

Debtor 1: William Dokos Butler
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Anne Harmsen Butler
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number ______________________

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1
730 Mora Drive
Street address, if available, or other description

Los Altos, CA 94024
City, State, ZIP Code

Santa Clara
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $5,950,000.00
**Current value of the portion you own?** $5,950,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

☒ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.........................................................................=> $5,950,000.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case: 25-51814 Doc# 177 Filed: 10/02/25 Entered: 10/02/25 16:57:48 Page 21 of 191

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1 Make: BMW
Model: 330Ci
Year: 2001
Approximate mileage: 140,025
Other information:
Vehicle is in fair condition

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,950.00 | $2,950.00 |

3.2 Make: Mercedes Benz
Model: E400
Year: 2017
Approximate mileage: 59,560
Other information:
Vehicle is in fair condition

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $20,125.00 | $20,125.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** $23,075.00

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

Household Good and Furnishings — $7,500.00

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

Televisions, Computers and Monitors, Cell Phones, Kitchen Appliances and Miscellaneous Electronics. — $1,750.00

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe.....


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe.....

| Description | Value |
|---|---|
| Miscellaneous Sport and Hobby Equipment. | $500.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.....

| Description | Value |
|---|---|
| Clothes and Wearing Apparel. | $1,250.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe.....

| Description | Value |
|---|---|
| Wedding Ring, Wedding Bands, Watch, Earrings, Bracelet, Necklaces, and Miscellaneous Jewelry. | $6,500.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................................................... **$17,500.00**

**Part 4: Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes.................................................................................................................

| | Value |
|---|---|
| Cash | $800.00 |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.......................

| | Type | Institution name: | Value |
|---|---|---|---|
| 17.1. | Checking | JPMorgan Chase Bank, N.A. Checking Account (x2959) | $112.87 |
| 17.2. | Savings | JPMorgan Chase Bank, N.A. Savings Account (x7702) | $100.78 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 17.3. | Checking | JPMorgan Chase Bank, N.A.<br>Savings Account (x3451) | $6,809.59 |
| 17.4. | Checking | JPMorgan Chase Bank, N.A.<br>Checking Account (x5742) | $158.23 |
| 17.5. | Checking | Bank of America, N.A.<br>Preferred Rewards Account (x2519) | $0.00 |
| 17.6. | Checking | Bank of America, N.A.<br>Preferred Rewards Account (x2522) | $4.35 |
| 17.7. | Savings | First Tech Federal Credit Union<br>Membership Savings Account (x4331) | $5.00 |
| 17.8. | Checking | First Tech Federal Credit Union<br>Rewards Checking Account (x4349) | $2,068.96 |
| 17.9. | Savings | Checking: First Tech Federal Credit Union<br>Rewards Savings Account (x9942) | $0.00 |
| 17.10. | Savings | Mountain America Credit Union<br>Primary Savings Account (x01) | $119,019.40 |
| 17.11. | Money Market | Mountain America Credit Union<br>Money Market Account (x20) | $469.89 |
| 17.12. | Checking | Mountain America Credit Union<br>My Free Checking Account (x50) | $7,135.09 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
☒ Yes.................

| Institution or issuer name: | |
|---|---|
| Charles Schwab<br>Brokerage Account (x6108) | $37,435.04 |
| Fidelity Investments<br>Brokerage Account (x1614) | $0.16 |
| Merrill Lynch<br>Brokerage Account (x4923) | $0.00 |
| Merrill Lynch<br>Brokerage Account (x2465) | $0.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Shapes Supply, LLC | 100.00 % | $0.00 |
| Decorative Plumbing Distributors, LLC | 100.00 % | $0.00 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| Pappas Piping Service Inc. | 100.00 % | $0.00 |
| Home Plumbing Source LLC | 100.00 % | $0.00 |
| WMCO LLC | 100.00 % | $0.00 |
| BILT Distribution, LLC | 100.00 % | $0.00 |
| Sandlot Opportunity Fund, VI LLC (Initial Contribution $44,200) | 0.344353% % | $6,630.00 |
| Sandlot Opportunity Partner Funds IX, LLC (Initial Contribution $16,146) | 0.941419% % | $2,421.00 |
| Sandlot Opportunity Partners Fund IV, LLC (Initial Contribution $47,302) | 0.593824% % | $7,095.00 |
| Sand Hill Angeles XI LLC (Initial Contribution $95,000) | 1.071729% % | $14,250.00 |
| Sand Hill Angeles XXI LLC (Initial Contribution $18,023) | 0.316736% % | $2,703.00 |
| Sand Hill Angeles XVII LLC (Initial Contribution $10,000) | 0.259385% % | $1,500.00 |
| Sand Hill Angeles XX LLC (Initial Contribution $5,000) | 0.145465% % | $750.00 |
| HFLP LLC | 13.00% % | $250,000.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) | Ormond Corporation 401(k) Plan | $66,414.40 |
| 401(k) | Ormond Corporation 401(k) Plan | $879,047.83 |
| 401(k) | Insperity 401(k) Plan | $141,401.02 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................** $1,546,331.61

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... $0.00

**Part 8: List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................ | | | $5,950,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $23,075.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $17,500.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $1,546,331.61 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $1,586,906.61 | Copy personal property total | $1,586,906.61 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $7,536,906.61 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | William Dokos Butler | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Anne Harmsen Butler | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| 2017 Mercedes Benz E400 59,560 miles<br>Vehicle is in fair condition<br>Line from *Schedule A/B*: 3.2 | $20,125.00 | ☒ $8,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Household Good and Furnishings<br>Line from *Schedule A/B*: 6.1 | $7,500.00 | ☒ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Televisions, Computers and Monitors, Cell Phones, Kitchen Appliances and Miscellaneous Electronics.<br>Line from *Schedule A/B*: 7.1 | $1,750.00 | ☒ $1,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Miscellaneous Sport and Hobby Equipment.<br>Line from *Schedule A/B*: 9.1 | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Clothes and Wearing Apparel.<br>Line from *Schedule A/B*: 11.1 | $1,250.00 | ☒ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Wedding Ring, Wedding Bands, Watch, Earrings, Bracelet, Necklaces, and Miscellaneous Jewelry.<br>Line from *Schedule A/B*: 12.1 | $6,500.00 | ☒ $6,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| JPMorgan Chase Bank, N.A.<br>Checking Account (x2959)<br>Line from *Schedule A/B*: 17.1 | $112.87 | ☒ $112.87<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| JPMorgan Chase Bank, N.A.<br>Savings Account (x3451)<br>Line from *Schedule A/B*: 17.3 | $6,809.59 | ☒ $6,809.59<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| JPMorgan Chase Bank, N.A.<br>Checking Account (x5742)<br>Line from *Schedule A/B*: 17.4 | $158.23 | ☒ $158.23<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Bank of America, N.A.<br>Preferred Rewards Account (x2522)<br>Line from *Schedule A/B*: 17.3 | $4.35 | ☒ $4.35<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| First Tech Federal Credit Union<br>Membership Savings Account (x4331)<br>Line from *Schedule A/B*: 17.5 | $5.00 | ☒ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| First Tech Federal Credit Union<br>Rewards Checking Account (x4349)<br>Line from *Schedule A/B*: 17.6 | $2,068.96 | ☒ $2,068.96<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Mountain America Credit Union<br>Primary Savings Account (x01)<br>Line from *Schedule A/B*: 17.8 | $119,019.40 | ☒ $119,019.40<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Mountain America Credit Union<br>Money Market Account (x20)<br>Line from *Schedule A/B*: 17.9 | $469.89 | ☒ $469.89<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Mountain America Credit Union<br>My Free Checking Account (x50)<br>Line from *Schedule A/B*: 17.10 | $7,135.09 | ☒ $3,727.07<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Mountain America Credit Union<br>My Free Checking Account (x50)<br>Line from *Schedule A/B*: 17.10 | $7,135.09 | ☒ $3,408.02<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Ormond Corporation 401(k) Plan<br>Line from *Schedule A/B*: 21.1 | $66,414.40 | ☒ $66,414.40<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Ormond Corporation 401(k) Plan<br>Line from *Schedule A/B*: 21.2 | $879,047.83 | ☒ $879,047.83<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| Insperity 401(k) Plan<br>Line from *Schedule A/B*: 21.13 | $141,401.02 | ☒ $141,401.02<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
☒ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  ☐ No
  ☐ Yes


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: William Dokos Butler
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): Anne Harmsen Butler
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): ____________

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 Bank of America, N.A. | $4,048,726.59 | $0.00 | $4,048,726.59 |
| 2.2 Citadel Servicing Company | $3,973,075.00 | $5,950,000.00 | $0.00 |

**2.1** Bank of America, N.A.
Creditor's Name

100 N Tryon Street
Charlotte, NC 28202
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** All Property Set forth in Attachment 9(c) to the Writ of Attachment

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Writ of Attachment

**Date debt was incurred** 9/8/2025 **Last 4 digits of account number** ____

**2.2** Citadel Servicing Company
Creditor's Name

P.O. Box 100078
Duluth, GA 30096-9377
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 730 Mora Drive, Los Altos, CA 94024 Santa Clara County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Deed of Trust

**Date debt was incurred** 09/2024 **Last 4 digits of account number** 8547



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

2.3 Live Oak Banking Company
Creditor's Name

1741 Tiburon Drive
Wilmington, NC 28403
Number, Street, City, State & Zip Code

**Describe the property that securely the claim:** $3,252,413.99 $5,950,000.00 $1,275,488.99

730 Mora Drive, Los Altos, CA 94024
Santa Clara County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Deed of Trust

**Date debt was incurred** 4/28/2022 **Last 4 digits of account number** 2433

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $11,274,215.58 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $11,274,215.58 |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[ ] Name, Number, Street, City, State & Zip Code
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: William Dokos Butler
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): Anne Harmsen Butler
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): ______

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 Franchise Tax Board | Last 4 digits of account number ____ | $35,259.34 | $35,259.34 | $0.00 |
| 2.2 Internal Revenue Service | Last 4 digits of account number ____ | $4,119.00 | $0.00 | $4,119.00 |

**2.1** Franchise Tax Board
Priority Creditor's Name
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812
Number Street City State Zip Code

**When was the debt incurred?** ______

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Income Tax (Form 540) for 2023

**2.2** Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101
Number Street City State Zip Code

**When was the debt incurred?** ______

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Income Tax (Form 1040) for 2024

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Ajita Grewal MD, Inc.
Nonpriority Creditor's Name
762 Altos Oaks Drive
Los Altos, CA 94024
Number Street City State Zip Code

**Last 4 digits of account number** 0067 — $60.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Professional Services

**4.2** American Express
Nonpriority Creditor's Name
P.O. Box 981537
El Paso, TX 79998-1537
Number Street City State Zip Code

**Last 4 digits of account number** 6843 — $59,680.00

**When was the debt incurred?** 10/1994

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Revolving account

**4.3** American Express
Nonpriority Creditor's Name
P.O. Box 981537
El Paso, TX 79998-1537
Number Street City State Zip Code

**Last 4 digits of account number** 2653 — $44,546.00

**When was the debt incurred?** 12/2023

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Revolving account


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.4** American Express
Nonpriority Creditor's Name
P.O. Box 981537
El Paso, TX 79998-1537
Number Street City State Zip Code

**Last 4 digits of account number** 2313 — $11,252.00
**When was the debt incurred?** 04/2024
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Installment account

---

**4.5** AT&T
Nonpriority Creditor's Name
P.O. Box 6416
Carol Stream, IL 60197
Number Street City State Zip Code

**Last 4 digits of account number** 6312 — $963.45
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

**4.6** Austin Business Finance LLC dba Backd
Nonpriority Creditor's Name
4853 Williams, Ste 111, Office G
Georgetown, TX 78633
Number Street City State Zip Code

**Last 4 digits of account number** — $597,623.29
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Personal Guarantee

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.7** Bank of America, N.A.
Nonpriority Creditor's Name
P.O. Box 982238
El Paso, TX 79998-2238
Number Street City State Zip Code

**Last 4 digits of account number** 1090 — $96,512.00

**When was the debt incurred?** 04/2009

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Revolving account

---

**4.8** Bank of America, N.A.
Nonpriority Creditor's Name
P.O. Box 982238
El Paso, TX 79998-2238
Number Street City State Zip Code

**Last 4 digits of account number** — $104,051.88

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Revolving account

---

**4.9** Bluevine, Inc.
Nonpriority Creditor's Name
30 Montgomery Street
Jersey City, NJ 07302
Number Street City State Zip Code

**Last 4 digits of account number** 845 — $82,303.00

**When was the debt incurred?** 08/2023

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Revolving account

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.10

BMO Bank, NA
Nonpriority Creditor's Name
111 W Monroe Street
Chicago, IL 60603-4096
Number Street City State Zip Code

**Last 4 digits of account number** 7136 — $9,754.00

**When was the debt incurred?** 11/1994

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Revolving account

---

4.11

Cal Water Service
Nonpriority Creditor's Name
341 N Delaware Street
San Mateo, CA 94401
Number Street City State Zip Code

**Last 4 digits of account number** — $2,580.03

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

4.12

Capital One Bank, N.A.
Nonpriority Creditor's Name
P.O. Box 31293
Salt Lake City, UT 84131-0293
Number Street City State Zip Code

**Last 4 digits of account number** 3626 — $200,716.00

**When was the debt incurred?** 05/2022

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Open account

---



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.13** Drip Capital, Inc.
Nonpriority Creditor's Name
1885 El Camino Real
Palo Alto, CA 94306
Number Street City State Zip Code

**Last 4 digits of account number** ____ Unknown

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify ____

---

**4.14** Idea 247 Inc.
Nonpriority Creditor's Name
800 NW 62 Avenue, Suite 750
Miami, FL 33126
Number Street City State Zip Code

**Last 4 digits of account number** ____ $275,000.00

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify ____

---

**4.15** JPMorgan Chase Bank, N.A.
Nonpriority Creditor's Name
P.O. Box 15369
Wilmington, DE 19850-5369
Number Street City State Zip Code

**Last 4 digits of account number** 0514 $40,565.00

**When was the debt incurred?** 09/2004

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Revolving account



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.16** JPMorgan Chase Bank, N.A.
Nonpriority Creditor's Name
P.O. Box 15369
Wilmington, DE 19850-5369
Number Street City State Zip Code

**Last 4 digits of account number** 3031 — $36,440.00

**When was the debt incurred?** 03/2014

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Revolving account

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**4.17** Lakeview Hospital
Nonpriority Creditor's Name
630 Medical Drive
Bountiful, UT 84010
Number Street City State Zip Code

**Last 4 digits of account number** — $455.20

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Professional Services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**4.18** LEAF Capital Funding, LLC
Nonpriority Creditor's Name
One Commerce Square
2005 Market Street, 14th Floor
Philadelphia, PA 19103
Number Street City State Zip Code

**Last 4 digits of account number** — $294,347.33

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.19

Mercedes Benz Financial
Nonpriority Creditor's Name
P.O. Box 961
Roanoke, TX 76262-0961
Number Street City State Zip Code

Last 4 digits of account number 6001

$42,504.00

When was the debt incurred? 07/2024

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

4.20

PFS Group
Nonpriority Creditor's Name
2600 North Loop W. Suite 150
Houston, TX 77092
Number Street City State Zip Code

Last 4 digits of account number 1010

$253.13

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Professional Services

---

4.21

PFS Group
Nonpriority Creditor's Name
2600 North Loop W. Suite 150
Houston, TX 77092
Number Street City State Zip Code

Last 4 digits of account number 4267

$1,263.70

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Professional Services

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.2 2** PIRS Capital, LLC / AMA Recovery Group
Nonpriority Creditor's Name
3131 Eastside Street, Suite #435
Houston, TX 77098
Number Street City State Zip Code

**Last 4 digits of account number** — **$295,346.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Personal Guarantee

---

**4.2 3** Safeco Insurance
Nonpriority Creditor's Name
P.O. Box 91014
Chicago, IL 60680
Number Street City State Zip Code

**Last 4 digits of account number** 9313 — **$739.44**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

**4.2 4** Samson MCA LLC
Nonpriority Creditor's Name
17 State Street, Suite 630
New York, NY 10004
Number Street City State Zip Code

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy
Case 25-51814 Doc #177 Filed 10/20/25 Entered 10/20/25 16:17:48 Page 41 of 191

4.25

Sofi Bank
Nonpriority Creditor's Name
P.O. Box 654081
Dallas, TX 75265-4081
Number Street City State Zip Code

Last 4 digits of account number 9139 — $43,971.00

When was the debt incurred? 04/2024

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Installment account

---

4.26

SoFi Servicing
Nonpriority Creditor's Name
2750 East Cottonwood Parkway, Suite 300
Salt Lake City, UT 84121
Number Street City State Zip Code

Last 4 digits of account number 5630 — $100,000.00

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Unsecured Loan

---

4.27

Stanford Medicine Children's Health
Nonpriority Creditor's Name
P.O. Box 743447
Los Angeles, CA 90074
Number Street City State Zip Code

Last 4 digits of account number 1920 — $1,750.18

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Professional Services

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.28** Stanford Medicine Children's Health
Nonpriority Creditor's Name
P.O. Box 743447
Los Angeles, CA 90074
Number Street City State Zip Code

**Last 4 digits of account number** 5141 — $3,267.01

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Professional Services

---

**4.29** Sutter Health
Nonpriority Creditor's Name
P.O. Box 1259
Department 178308
Oaks, PA 19456
Number Street City State Zip Code

**Last 4 digits of account number** 8000 — $1,818.42

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Professional Services

---

**4.30** The Neighborhood Association, Inc.
Nonpriority Creditor's Name
P.O. Box 29352
Phoenix, AZ 85038
Number Street City State Zip Code

**Last 4 digits of account number** 1109 — $790.94

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.3 1** U.S. Small Business Administration — $485,173.95
Nonpriority Creditor's Name
455 Market Street, Suite 600
San Francisco, CA 94105
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Personal Guarantee

**4.3 2** WebBank / PEAC Solutions — $189,000.00
Nonpriority Creditor's Name
300 Fellowship Road
Mount Laurel, NJ 08054
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Personal Guarantee

**4.3 3** West American Finance Corporation — $352,000.00
Nonpriority Creditor's Name
26 North State Street
Salt Lake City, UT 84103
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 39,378.34 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 39,378.34 |
| | | | | **Total Claim** |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 3,374,726.95 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 3,374,726.95 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 William Dokos Butler
First Name Middle Name Last Name

Debtor 2 Anne Harmsen Butler
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name<br>Number Street<br>City State ZIP Code | |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |
| 2.5 | Name<br>Number Street<br>City State ZIP Code | |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 William Dokos Butler
First Name Middle Name Last Name

Debtor 2 Anne Harmsen Butler
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number ______________
(if known)

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☒ Yes.

In which community state or territory did you live? California . Fill in the name and current address of that person.

Anne Butler
730 Mora Drive
Los Altos, CA 94024
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.32<br>☐ Schedule G ____<br>WebBank / PEAC Solutions |
| 3.2 | Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G ____<br>U.S. Small Business Administration |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.3 | Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.18<br>☐ Schedule G<br>LEAF Capital Funding, LLC |
| 3.4 | Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.13<br>☐ Schedule G<br>Drip Capital, Inc. |
| 3.5 | Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.14<br>☐ Schedule G<br>Idea 247 Inc. |
| 3.6 | Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.24<br>☐ Schedule G<br>Samson MCA LLC |
| 3.7 | Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.8<br>☐ Schedule G<br>Bank of America, N.A. |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: William Dokos Butler

Debtor 2 (Spouse, if filing): Anne Harmsen Butler

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (If known): ______

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

# Official Form 106I
# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | Account Executive | |
| **Employer's name** | Simple Products Corporation | |
| **Employer's address** | 138 E. 12300 South, C165<br>Draper, UT 84020 | |
| **How long employed there?** | 4 Months | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 5,000.02 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 5,000.02 | $ 0.00 |


Case: 25-51814 Doc# 177 Filed: 10/02/25 Entered: 10/02/25 16:19:48 Page 49 of 191

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 5,000.02 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 577.76 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 577.76 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 4,422.26 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $ 4,422.26 + $ 0.00 = $ 4,422.26

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies 12. $ 4,422.26

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain: It is anticipated that Mr. Butler will obtain employment with higher income and consistent with his professional background, and that Mrs. Butler will also obtain employment within the next 12 months.


Case 25-55184-... Doc #177 Filed 10/02/25 Entered 10/02/25 16:15:03 Page 50 of 191

**Fill in this information to identify your case:**

Debtor 1: William Dokos Butler

Debtor 2 (Spouse, if filing): Anne Harmsen Butler

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (If known): ______

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**
      ☒ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2. ☒ Yes. Fill out this information for each dependent..............
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 15 | ☐ No ☒ Yes |
| Daughter | 7 | ☐ No ☒ Yes |
| Daughter | 7 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ☒ No ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 4,765.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 75.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 268.14 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 177.35 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 478.88 |
| 6d. | Other. Specify: | 6d. | $ 0.00 |

Debtor 1 William Dokos Butler
Debtor 2 Anne Harmsen Butler

Case number (if known) ______

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. | $ 1,875.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 125.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 275.00 |
| 10. | **Personal care products and services** | 10. | $ 95.00 |
| 11. | **Medical and dental expenses** | 11. | $ 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 678.21 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 500.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 655.00 |
| | 15c. Vehicle insurance | 15c. | $ 316.67 |
| | 15d. Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: | 17c. | $ 0.00 |
| | 17d. Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |
| 21. | **Other:** Specify: | 21. | +$ 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | | $ 10,934.25 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ 10,934.25 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ 4,422.26 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ 10,934.25 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ -6,511.99 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
☒ No.
☐ Yes. Explain here:



Case 25-51814 Doc#177 Filed 10/20/25 Entered 10/20/25 16:15:37 Page 52 of 191

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William Dokos Butler (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse if, filing) | Anne Harmsen Butler (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person ____________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ William Dokos Butler
William Dokos Butler
Signature of Debtor 1

Date November 20, 2025

X /s/ Anne Harmsen Butler
Anne Harmsen Butler
Signature of Debtor 2

Date November 20, 2025

**Fill in this information to identify your case:**

Debtor 1: William Dokos Butler
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): Anne Harmsen Butler
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $16,153.90 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $58,232.31 |
| | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $175,000.00 |




Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Debtor 1 Sources of income Check all that apply. | Debtor 1 Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Debtor 2 Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year: (January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $8,196.00 | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $7,639.00 |
| | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $168,269.00 |
| **For the calendar year before that: (January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $7,350.00 | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $12,746.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Debtor 1 Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Debtor 2 Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year: (January 1 to December 31, 2024 )** | Interest / Dividends | $7,911.00 | | |
| | Rental Income | $176,337.00 | | |
| | Passive Income | $18,726.00 | | |
| **For the calendar year before that: (January 1 to December 31, 2023 )** | Interest / Dividends | $70,625.00 | | |
| | Rental Income | $87,337.00 | | |
| | Passive Income | $52,031.00 | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Bank of America, N.A. v. Butler et al.<br>25CV460941 | Civil | Superior Court of California, Santa Clara County<br>191 N. First Street<br>San Jose, CA 95113 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Austin Business Finance, LLC v. Decorative Plumbing Distributors, LLC et al.<br>25-0138-C425 | Civil | District Court of Texas, Williamson County<br>405 Martin Luther King Jr Street<br>Georgetown, TX 78626 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| LEAF Capital Funding, LLC vs Butler et al.<br>25CV461883 | Civil | Superior Court of California, Santa Clara County<br>191 N. First Street<br>San Jose, CA 95113 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Old National Bank v. Butler et al.<br>2025L008447 | Civil | Circuit Court of Cook County<br>50 W. Washington, Suite 1001<br>Chicago, IL 60602 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Meyer Law Group, LLP<br>268 Bush Street #3639<br>San Francisco, CA 94104<br>www.meyerllp.com | Debtor provided a $26,738 pre-petition retainer, of which $9,207 as applied to pre-petition legal services and $1,738 for costs, leaving a retainer balance of $13,813 as of the Petition Date (November 20, 2025) | June 2025 | $26,738.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**
☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

☒ ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
☒ ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
☒ ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☒ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Shapes Supply LLC fka Shapes Supply Co.<br>3550 Salt Creek Lane, #115<br>Arlington Heights, IL 60006 | Kitchen and Bathroom Remodel | **EIN:** 36-4337719<br><br>**From-To** 1999 to Present |
| Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | Plumbing Fixtures | **EIN:** 84-1736228<br><br>**From-To** 2019 to Present |
| WMCO LLC<br>P.O. Box 900321<br>Sandy, UT 84090 | | **EIN:** 45-2611445<br><br>**From-To** 2011 to Present |
| Home Plumbing Source, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | Plumbing Supplies | **EIN:** 82-2280262<br><br>**From-To** 2017 to Present |
| BILT Distribution, LLC<br>41841 Albrae Street<br>Fremont, CA 94537 | Plumbing Supplies | **EIN:** 85-1177648<br><br>**From-To** 2020 to Present |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ William Dokos Butler | /s/ Anne Harmsen Butler |
|---|---|
| William Dokos Butler<br>**Signature of Debtor 1** | Anne Harmsen Butler<br>**Signature of Debtor 2** |
| **Date** November 20, 2025 | **Date** November 20, 2025 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy


Case: 25-51814 Doc# 1 Filed: 10/02/25 Entered: 10/02/25 15:07:48 Page 57 of 67

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7: Liquidation**

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case: 25-51814 Doc# 177 Filed: 10/20/25 Entered: 10/20/25 16:15:48 Page 62 of 191

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Chapter 12: Repayment plan for family farmers or fishermen**

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

**Chapter 13: Repayment plan for individuals with regular income**

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re Case No.

William Dokos Butler
Anne Harmsen Butler

Debtor(s). /

CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 5 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: November 20, 2025

/s/ Brent D. Meyer
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Ajita Grewal MD, Inc.
762 Altos Oaks Drive
Los Altos, CA 94024

American Express
P.O. Box 981537
El Paso, TX 79998-1537

AT&T
P.O. Box 6416
Carol Stream, IL 60197

Austin Business Finance LLC dba Backd
4853 Williams, Ste 111, Office G
Georgetown, TX 78633

Bank of America, N.A.
P.O. Box 982238
El Paso, TX 79998-2238

Bank of America, N.A.
100 N Tryon Street
Charlotte, NC 28202

Bluevine, Inc.
30 Montgomery Street
Jersey City, NJ 07302

BMO Bank, NA
111 W Monroe Street
Chicago, IL 60603-4096

Cal Water Service
341 N Delaware Street
San Mateo, CA 94401

Capital One Bank, N.A.
P.O. Box 31293
Salt Lake City, UT 84131-0293

Chris Mundt
4853 Williams Drive, Suite 111
Georgetown, TX 78633

Citadel Servicing Company
P.O. Box 100078
Duluth, GA 30096-9377

Decorative Plumbing Distributors, LLC
41841 Albrae Street
Fremont, CA 94538

Drip Capital, Inc.
1885 El Camino Real
Palo Alto, CA 94306

Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812

Hemar, Rousso & Heald, LLP
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

Idea 247 Inc.
800 NW 62 Avenue, Suite 750
Miami, FL 33126

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

JPMorgan Chase Bank, N.A.
P.O. Box 15369
Wilmington, DE 19850-5369

Lakeview Hospital
630 Medical Drive
Bountiful, UT 84010

LEAF Capital Funding, LLC
One Commerce Square
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403

Mercedes Benz Financial
P.O. Box 961
Roanoke, TX 76262-0961

PFS Group
2600 North Loop W. Suite 150
Houston, TX 77092

PIRS Capital, LLC / AMA Recovery Group
3131 Eastside Street, Suite #435
Houston, TX 77098

Safeco Insurance
P.O. Box 91014
Chicago, IL 60680

Samson MCA LLC
17 State Street, Suite 630
New York, NY 10004

Sofi Bank
P.O. Box 654081
Dallas, TX 75265-4081

SoFi Servicing
2750 East Cottonwood Parkway, Suite 300
Salt Lake City, UT 84121

Stanford Medicine Children's Health
P.O. Box 743447
Los Angeles, CA 90074

Sutter Health
P.O. Box 1259
Department 178308
Oaks, PA 19456

The Neighborhood Association, Inc.
P.O. Box 29352
Phoenix, AZ 85038

U.S. Small Business Administration
455 Market Street, Suite 600
San Francisco, CA 94105

Vedder Price
1925 Century Park East, Suite 1900
Los Angeles, CA 90067

WebBank / PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

West American Finance Corporation
26 North State Street
Salt Lake City, UT 84103

# EXHIBIT 3

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | William Dokos Butler |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | Anne Harmsen Butler |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 5:25-bk-51814 |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

## Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Contact

(800) 874-2717
Contact phone

**What is the nature of the claim?** Revolving account — $59,680.00

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured) ______

Value of security: - ______
Unsecured claim ______

**2**

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Contact

(800) 874-2717

**What is the nature of the claim?** Revolving account — $44,546.00

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured) ______

Value of security: - ______



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Contact phone

Unsecured claim

---

**3**

Austin Business Finance LLC dba Backd
4853 Williams, Ste 111, Office G
Georgetown, TX 78633

Contact

Contact phone

**What is the nature of the claim?** Personal Guarantee $597,623.29

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

---

**4**

Bank of America, N.A.
100 N Tryon Street
Charlotte, NC 28202

Contact

Contact phone

**What is the nature of the claim?** All Property Set forth in Attachment 9(c) to the Writ of Attachment $4,048,726.59

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☒ Yes. Total claim (secured and unsecured) $4,048,726.59
  Value of security: - $0.00
  Unsecured claim $4,048,726.59

---

**5**

Bank of America, N.A.
P.O. Box 982238
El Paso, TX 79998-2238

Contact

(800) 421-2110
Contact phone

**What is the nature of the claim?** Personal Guarantee $104,051.88

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

---

**6**

Bank of America, N.A.
P.O. Box 982238
El Paso, TX 79998-2238

**What is the nature of the claim?** Revolving account $96,512.00

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)

Contact

(800) 421-2110
Contact phone

Value of security: -
Unsecured claim

---

**7**

Bluevine, Inc.
30 Montgomery Street
Jersey City, NJ 07302

Contact

Contact phone

**What is the nature of the claim?** Revolving account $82,303.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**8**

Capital One Bank, N.A.
P.O. Box 31293
Salt Lake City, UT 84131-0293

Contact

(800) 955-7070
Contact phone

**What is the nature of the claim?** Open account $200,716.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**9**

Guillermo Silva, Jr.
Michael P. Pappas

Contact

Contact phone

**What is the nature of the claim?** Personal Guarantee $800,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**10**

**What is the nature of the claim?** $275,000.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Idea 247 Inc.
800 NW 62 Avenue, Suite 750
Miami, FL 33126

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**11**

JPMorgan Chase Bank, N.A.
P.O. Box 15369
Wilmington, DE 19850-5369

**What is the nature of the claim?** Revolving account $40,565.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

(800) 945-2000
Contact phone

---

**12**

JPMorgan Chase Bank, N.A.
P.O. Box 15369
Wilmington, DE 19850-5369

**What is the nature of the claim?** Revolving account $36,440.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

(800) 945-2000
Contact phone

---

**13**

LEAF Capital Funding, LLC
One Commerce Square
2005 Market Street, 14th Floor
Philadelphia, PA 19103

**What is the nature of the claim?** $294,347.33

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Contact phone

Value of security: -
Unsecured claim

---

**14** Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403

Contact

Contact phone

**What is the nature of the claim?** 730 Mora Drive, Los Altos, CA 94024Santa Clara County $1,275,488.99

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured) $3,252,413.99
Value of security: - $5,950,000.00
Unsecured claim $1,275,488.99

---

**15** PIRS Capital, LLC / AMA Recovery Group
3131 Eastside Street, Suite #435
Houston, TX 77098

Contact

Contact phone

**What is the nature of the claim?** Personal Guarantee $295,346.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**16** Sofi Bank
P.O. Box 654081
Dallas, TX 75265-4081

Contact

(855) 456-7634
Contact phone

**What is the nature of the claim?** Installment account $43,971.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**17** SoFi Servicing
2750 East Cottonwood Parkway, Suite 300

**What is the nature of the claim?** Unsecured Loan $100,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Salt Lake City, UT 84121

☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**18**

U.S. Small Business Administration
455 Market Street, Suite 600
San Francisco, CA 94105

**What is the nature of the claim?** Personal Guarantee $485,173.95

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**19**

WebBank / PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

**What is the nature of the claim?** Personal Guarantee $189,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**20**

West American Finance
Corporation
26 North State Street
Salt Lake City, UT 84103

**What is the nature of the claim?** $352,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

## Part 2: Sign Below



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case 25-51814 Doc# 67 Filed 01/15/26 Entered 01/15/26 16:48:48 Page 78 of 191

Debtor 1 William Dokos Butler
Debtor 2 Anne Harmsen Butler — Case number *(if known)* 5:25-bk-51814

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

| | |
|---|---|
| X /s/ William Dokos Butler | X /s/ Anne Harmsen Butler |
| William Dokos Butler | Anne Harmsen Butler |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date June 8, 2026 | Date June 8, 2026 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | William Dokos Butler | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Anne Harmsen Butler | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 5:25-bk-51814 | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B | $ 5,950,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B | $ 1,586,906.61 |
| | 1c. Copy line 63, Total of all property on Schedule A/B | $ 7,536,906.61 |

### Part 2: Summarize Your Liabilities

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 11,274,215.58 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 39,378.34 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 4,203,923.64 |
| | **Your total liabilities** | $ 15,517,517.56 |

### Part 3: Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 4,422.26 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ 10,934.25 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 7,753.08

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 39,378.34 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 39,378.34 |


Caase: 2255-5518114 Doc#607 Filed: 0691255226 Entered: 0691255226167:487:428 Page 981f 6f3
191

**Fill in this information to identify your case and this filing:**

Debtor 1 — William Dokos Butler
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing) — Anne Harmsen Butler
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number 5:25-bk-51814

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1

730 Mora Drive
Street address, if available, or other description

Los Altos CA 94024
City State ZIP Code

Santa Clara
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,950,000.00 | $5,950,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

☒ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>** $5,950,000.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

**3.1**
Make: BMW
Model: 330Ci
Year: 2001
Approximate mileage: 140,025
Other information:
Vehicle is in fair condition

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,950.00 | $2,950.00 |

**3.2**
Make: Mercedes Benz
Model: E400
Year: 2017
Approximate mileage: 59,560
Other information:
Vehicle is in fair condition

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $20,125.00 | $20,125.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

**5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** $23,075.00

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

Household Good and Furnishings — $7,500.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

Televisions, Computers and Monitors, Cell Phones, Kitchen Appliances and Miscellaneous Electronics. — $1,750.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe.....


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe.....

| Description | Value |
|---|---|
| Miscellaneous Sport and Hobby Equipment. | $500.00 |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.....

| Description | Value |
|---|---|
| Clothes and Wearing Apparel. | $1,250.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe.....

| Description | Value |
|---|---|
| Wedding Ring, Wedding Bands, Watch, Earrings, Bracelet, Necklaces, and Miscellaneous Jewelry. | $6,500.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ **$17,500.00**

## Part 4: Describe Your Financial Assets

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes.................................................................................................................

| | |
|---|---|
| Cash | $800.00 |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking | JPMorgan Chase Bank, N.A. Checking Account (x2959) | $112.87 |
| 17.2. | Savings | JPMorgan Chase Bank, N.A. Savings Account (x7702) | $100.78 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 17.3. | Checking | JPMorgan Chase Bank, N.A.<br>Savings Account (x3451) | $6,809.59 |
| 17.4. | Checking | JPMorgan Chase Bank, N.A.<br>Checking Account (x5742) | $158.23 |
| 17.5. | Savings | First Tech Federal Credit Union<br>Membership Savings Account (x4331) | $5.00 |
| 17.6. | Checking | First Tech Federal Credit Union<br>Rewards Checking Account (x4349) | $2,068.96 |
| 17.7. | Savings | Checking: First Tech Federal Credit Union<br>Rewards Savings Account (x9942) | $0.00 |
| 17.8. | Savings | Mountain America Credit Union<br>Primary Savings Account (x01) | $119,019.40 |
| 17.9. | Money Market | Mountain America Credit Union<br>Money Market Account (x20) | $469.89 |
| 17.10. | Checking | Mountain America Credit Union<br>My Free Checking Account (x50) | $7,135.09 |
| 17.11. | Checking | Bank of America, N.A.<br>Preferred Rewards Account (x2519) | $0.00 |
| 17.12. | Checking | Bank of America, N.A.<br>Preferred Rewards Account (x2522) | $4.35 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
☒ Yes.................

| Institution or issuer name: | |
|---|---|
| Fidelity Investments<br>Brokerage Account (x1614) | $0.16 |
| Charles Schwab<br>Brokerage Account (x6108) | $37,435.04 |
| Merrill Lynch<br>Brokerage Account (x4923) | $0.00 |
| Merrill Lynch<br>Brokerage Account (x2465) | $0.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Ormond Corporation<br>(Wholly owned corporation by the Ormond Corporation 401(k) Plan, which in turn, the Debtors hold 100% interest through their 401(k)). | N/A % | Unknown |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| 41841 Albrae, LLC (Single Asset Realty LLC that owned a fee simple interest in commercial real property commonly known as 41841 Albrae Street, Fremont, California 94538, which was sold at a non-judicial foreclosure sale in or about September 2025). | 100.00% % | $0.00 |
| Shapes Supply, LLC | 100.00 % | $0.00 |
| Decorative Plumbing Distributors, LLC | 100.00 % | $0.00 |
| Pappas Piping Service Inc. (Wholly owned corporation by the Ormond Corporation, which in turn, the Debtors hold 100% interest in Ormond Corporation 401(k) Plan through their 401(k)). | N/A % | $0.00 |
| Home Plumbing Source LLC | 100.00 % | $0.00 |
| WMCO LLC | 100.00 % | $0.00 |
| BILT Distribution, LLC | 100.00 % | $0.00 |
| Sandlot Opportunity Fund, VI LLC (Initial Contribution $44,200) | 0.344353% % | $6,630.00 |
| Sandlot Opportunity Partner Funds IX, LLC (Initial Contribution $16,146) | 0.941419% % | $2,421.00 |
| Sandlot Opportunity Partners Fund IV, LLC (Initial Contribution $47,302) | 0.593824% % | $7,095.00 |
| Sand Hill Angeles XI LLC (Initial Contribution $95,000) | 1.071729% % | $14,250.00 |
| Sand Hill Angeles XXI LLC (Initial Contribution $18,023) | 0.316736% % | $2,703.00 |
| Sand Hill Angeles XVII LLC (Initial Contribution $10,000) | 0.259385% % | $1,500.00 |
| Sand Hill Angeles XX LLC (Initial Contribution $5,000) | 0.145465% % | $750.00 |
| HFLP LLC | 13.00% % | $250,000.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) | Insperity 401(k) Plan | $141,401.02 |
| 401(k) | Ormond Corporation 401(k) Plan | $66,414.40 |
| 401(k) | Ormond Corporation 401(k) Plan | $879,047.83 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.
Company name: Beneficiary: Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes. Describe each claim.........


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.......... $1,546,331.61

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......... $0.00

**Part 8:** **List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** | | | $5,950,000.00 |
| 56. **Part 2: Total vehicles, line 5** | $23,075.00 | | |
| 57. **Part 3: Total personal and household items, line 15** | $17,500.00 | | |
| 58. **Part 4: Total financial assets, line 36** | $1,546,331.61 | | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. **Total personal property.** Add lines 56 through 61... | $1,586,906.61 | Copy personal property total | $1,586,906.61 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $7,536,906.61 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | William Dokos Butler | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Anne Harmsen Butler | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) 5:25-bk-51814

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| 2017 Mercedes Benz E400 59,560 miles<br>Vehicle is in fair condition<br>Line from *Schedule A/B*: 3.2 | $20,125.00 | ☒ $8,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Household Good and Furnishings<br>Line from *Schedule A/B*: 6.1 | $7,500.00 | ☒ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Televisions, Computers and Monitors, Cell Phones, Kitchen Appliances and Miscellaneous Electronics.<br>Line from *Schedule A/B*: 7.1 | $1,750.00 | ☒ $1,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Miscellaneous Sport and Hobby Equipment.<br>Line from *Schedule A/B*: 9.1 | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Clothes and Wearing Apparel.<br>Line from *Schedule A/B*: 11.1 | $1,250.00 | ☒ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | | **Specific laws that allow exemption** |
|---|---|---|---|---|
| Wedding Ring, Wedding Bands, Watch, Earrings, Bracelet, Necklaces, and Miscellaneous Jewelry.<br>Line from *Schedule A/B*: 12.1 | $6,500.00 | ☒ $6,500.00 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| JPMorgan Chase Bank, N.A.<br>Checking Account (x2959)<br>Line from *Schedule A/B*: 17.1 | $112.87 | ☒ $112.87 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| JPMorgan Chase Bank, N.A.<br>Savings Account (x3451)<br>Line from *Schedule A/B*: 17.3 | $6,809.59 | ☒ $6,809.59 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| JPMorgan Chase Bank, N.A.<br>Checking Account (x5742)<br>Line from *Schedule A/B*: 17.4 | $158.23 | ☒ $158.23 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Bank of America, N.A.<br>Preferred Rewards Account (x2522)<br>Line from *Schedule A/B*: 17.12 | $4.35 | ☒ $4.35 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| First Tech Federal Credit Union<br>Membership Savings Account (x4331)<br>Line from *Schedule A/B*: 17.5 | $5.00 | ☒ $5.00 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| First Tech Federal Credit Union<br>Rewards Checking Account (x4349)<br>Line from *Schedule A/B*: 17.6 | $2,068.96 | ☒ $2,068.96 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Mountain America Credit Union<br>Primary Savings Account (x01)<br>Line from *Schedule A/B*: 17.8 | $119,019.40 | ☒ $119,019.40 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Mountain America Credit Union<br>Money Market Account (x20)<br>Line from *Schedule A/B*: 17.9 | $469.89 | ☒ $469.89 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Mountain America Credit Union<br>My Free Checking Account (x50)<br>Line from *Schedule A/B*: 17.10 | $7,135.09 | ☒ $3,727.07 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Mountain America Credit Union<br>My Free Checking Account (x50)<br>Line from *Schedule A/B*: 17.10 | $7,135.09 | ☒ $3,408.02 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Ormond Corporation 401(k) Plan<br>Line from *Schedule A/B*: 21.2 | $66,414.40 | ☒ $66,414.40 | ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Ormond Corporation 401(k) Plan<br>Line from *Schedule A/B*: 21.3 | $879,047.83 | ☒ $879,047.83<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| Insperity 401(k) Plan<br>Line from *Schedule A/B*: 21.1 | $141,401.02 | ☒ $141,401.02<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | William Dokos Butler | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Anne Harmsen Butler | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 5:25-bk-51814 | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 Bank of America, N.A. | $4,048,726.59 | $0.00 | $4,048,726.59 |
| 2.2 Citadel Servicing Company | $3,973,075.00 | $5,950,000.00 | $0.00 |

**2.1 Bank of America, N.A.**
Creditor's Name

100 N Tryon Street
Charlotte, NC 28202
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
All Property Set forth in Attachment 9(c) to the Writ of Attachment

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Writ of Attachment

**Date debt was incurred** 9/8/2025 **Last 4 digits of account number**

**2.2 Citadel Servicing Company**
Creditor's Name

P.O. Box 100078
Duluth, GA 30096-9377
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
730 Mora Drive, Los Altos, CA 94024 Santa Clara County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Deed of Trust

**Date debt was incurred** 09/2024 **Last 4 digits of account number** 8547



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.3 Live Oak Banking Company | Describe the property that secures the claim: | $3,252,413.99 | $5,950,000.00 | $1,275,488.99 |

Creditor's Name

730 Mora Drive, Los Altos, CA 94024
Santa Clara County

1741 Tiburon Drive
Wilmington, NC 28403
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Deed of Trust

**Date debt was incurred** 4/28/2022 **Last 4 digits of account number** 2433

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $11,274,215.58 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $11,274,215.58 |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[ ] Name, Number, Street, City, State & Zip Code
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number __



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William Dokos Butler<br>First Name Middle Name Last Name |
| Debtor 2 (Spouse if, filing) | Anne Harmsen Butler<br>First Name Middle Name Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 5:25-bk-51814 |

☐ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

**Part 1: List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | Franchise Tax Board — Last 4 digits of account number | $35,259.34 | $35,259.34 | $0.00 |
| 2.2 | Internal Revenue Service — Last 4 digits of account number | $4,119.00 | $0.00 | $4,119.00 |

**2.1** Franchise Tax Board
Priority Creditor's Name
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
Income Tax (Form 540) for 2023

**2.2** Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
Income Tax (Form 1040) for 2024

**Part 2: List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Ajita Grewal MD, Inc.
Nonpriority Creditor's Name
762 Altos Oaks Drive
Los Altos, CA 94024
Number Street City State Zip Code

**Last 4 digits of account number** 0067 — **$60.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Professional Services

---

**4.2** Ajita Grewal, MD, Inc.
Nonpriority Creditor's Name
762 Altos Oaks Drive
Los Altos, CA 94024
Number Street City State Zip Code

**Last 4 digits of account number** 0067 — **$60.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Professional Services

---

**4.3** American Express
Nonpriority Creditor's Name
P.O. Box 981537
El Paso, TX 79998-1537
Number Street City State Zip Code

**Last 4 digits of account number** 6843 — **$59,680.00**

**When was the debt incurred?** 10/1994

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Revolving account


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.4** American Express
Nonpriority Creditor's Name
P.O. Box 981537
El Paso, TX 79998-1537
Number Street City State Zip Code

**Last 4 digits of account number** 2653 — $44,546.00

**When was the debt incurred?** 12/2023

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Revolving account

---

**4.5** American Express
Nonpriority Creditor's Name
P.O. Box 981537
El Paso, TX 79998-1537
Number Street City State Zip Code

**Last 4 digits of account number** 2313 — $11,252.00

**When was the debt incurred?** 04/2024

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Installment account

---

**4.6** AT&T
Nonpriority Creditor's Name
P.O. Box 6416
Carol Stream, IL 60197
Number Street City State Zip Code

**Last 4 digits of account number** 6312 — $963.45

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.7** Austin Business Finance LLC dba Backd
Nonpriority Creditor's Name
4853 Williams, Ste 111, Office G
Georgetown, TX 78633
Number Street City State Zip Code

**Last 4 digits of account number** ________ **$597,623.29**

**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Personal Guarantee

---

**4.8** Bank of America, N.A.
Nonpriority Creditor's Name
P.O. Box 982238
El Paso, TX 79998-2238
Number Street City State Zip Code

**Last 4 digits of account number** 1090 **$96,512.00**

**When was the debt incurred?** 04/2009

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Revolving account

---

**4.9** Bank of America, N.A.
Nonpriority Creditor's Name
P.O. Box 982238
El Paso, TX 79998-2238
Number Street City State Zip Code

**Last 4 digits of account number** ________ **$104,051.88**

**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Personal Guarantee

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.10** Bluevine, Inc.
Nonpriority Creditor's Name
30 Montgomery Street
Jersey City, NJ 07302
Number Street City State Zip Code

**Last 4 digits of account number** 845 — $82,303.00
**When was the debt incurred?** 08/2023

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Revolving account

---

**4.11** BMO Bank, NA
Nonpriority Creditor's Name
111 W Monroe Street
Chicago, IL 60603-4096
Number Street City State Zip Code

**Last 4 digits of account number** 7136 — $9,754.00
**When was the debt incurred?** 11/1994

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Revolving account

---

**4.12** Bradley Zicherman, MD
Nonpriority Creditor's Name
177 Bovet Road, Floor 6
San Mateo, CA 94402
Number Street City State Zip Code

**Last 4 digits of account number** 0047 — $312.59
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Professional Services

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.13** Cal Water Service
Nonpriority Creditor's Name
341 N Delaware Street
San Mateo, CA 94401
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$2,580.03

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

**4.14** Capital One Bank, N.A.
Nonpriority Creditor's Name
P.O. Box 31293
Salt Lake City, UT 84131-0293
Number Street City State Zip Code

**Last 4 digits of account number** 3626
**When was the debt incurred?** 05/2022
$200,716.00

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Open account

---

**4.15** Chubb Group of Insurance Companies
Nonpriority Creditor's Name
P.O. Box 7247-0180
Philadelphia, PA 19170
Number Street City State Zip Code

**Last 4 digits of account number** 6000
**When was the debt incurred?**
$348.44

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.16** Connecticut Irrigation, LLC
Nonpriority Creditor's Name
454 East Main Street
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$1,124.13

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

**4.17** Drip Capital, Inc.
Nonpriority Creditor's Name
1885 El Camino Real
Palo Alto, CA 94306
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

Unknown

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

**4.18** Emergency Physicians Integrated Care
Nonpriority Creditor's Name
P.O. Box 734389
Chicago, IL 60673
Number Street City State Zip Code

**Last 4 digits of account number** 7144

**When was the debt incurred?**

$915.40

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.19** Guillermo Silva, Jr.
Nonpriority Creditor's Name
Michael P. Pappas
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**$800,000.00**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Personal Guarantee

---

**4.20** House of Miracles
Nonpriority Creditor's Name
21680 Lomita Ave
Cupertino, CA 95014
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?** 6/20/2025
**$2,760.84**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

**4.21** Idea 247 Inc.
Nonpriority Creditor's Name
800 NW 62 Avenue, Suite 750
Miami, FL 33126
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**$275,000.00**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.2 2** JPMorgan Chase Bank, N.A.
Nonpriority Creditor's Name
P.O. Box 15369
Wilmington, DE 19850-5369
Number Street City State Zip Code

**Last 4 digits of account number** 0514 — $40,565.00

**When was the debt incurred?** 09/2004

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Revolving account

---

**4.2 3** JPMorgan Chase Bank, N.A.
Nonpriority Creditor's Name
P.O. Box 15369
Wilmington, DE 19850-5369
Number Street City State Zip Code

**Last 4 digits of account number** 3031 — $36,440.00

**When was the debt incurred?** 03/2014

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Revolving account

---

**4.2 4** Kapaa Pediatrics LLC
Nonpriority Creditor's Name
41461 Kuhio Highway
Kapaa, HI 96746
Number Street City State Zip Code

**Last 4 digits of account number** 3002 — $136.13

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.25** Lakeview Hospital
Nonpriority Creditor's Name
630 Medical Drive
Bountiful, UT 84010
Number Street City State Zip Code

**Last 4 digits of account number**

$455.20

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Professional Services

---

**4.26** Lea & Braze Engineering, Inc.
Nonpriority Creditor's Name
7011 Koll Center Parkway, Suite 160
Pleasanton, CA 94566
Number Street City State Zip Code

**Last 4 digits of account number**

$2,290.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

**4.27** LEAF Capital Funding, LLC
Nonpriority Creditor's Name
One Commerce Square
2005 Market Street, 14th Floor
Philadelphia, PA 19103
Number Street City State Zip Code

**Last 4 digits of account number**

$294,347.33

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.28 **Mercedes Benz Financial**
Nonpriority Creditor's Name
P.O. Box 961
Roanoke, TX 76262-0961
Number Street City State Zip Code

**Last 4 digits of account number** 6001 — $42,504.00

**When was the debt incurred?** 07/2024

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

4.29 **Millcreek Dermatology**
Nonpriority Creditor's Name
1250 East 3900 South Suite 450
Salt Lake City, UT 84124
Number Street City State Zip Code

**Last 4 digits of account number** 9077 — $195.63

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

4.30 **PFS Group**
Nonpriority Creditor's Name
2600 North Loop W. Suite 150
Houston, TX 77092
Number Street City State Zip Code

**Last 4 digits of account number** 1010 — $253.13

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Professional Services

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy
Case: 25-51814 Doc# 70 Filed: 06/25/26 Entered: 06/25/26 17:08:42 Page 104 of 191

**4.31** PFS Group
Nonpriority Creditor's Name
2600 North Loop W. Suite 150
Houston, TX 77092
Number Street City State Zip Code

**Last 4 digits of account number** 4267 — $1,750.18

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Professional Services

---

**4.32** PIRS Capital, LLC / AMA Recovery Group
Nonpriority Creditor's Name
3131 Eastside Street, Suite #435
Houston, TX 77098
Number Street City State Zip Code

**Last 4 digits of account number** — $295,346.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Personal Guarantee

---

**4.33** Roselli Foreign Car
Nonpriority Creditor's Name
340 Lincoln Avenue
San Jose, CA 95126
Number Street City State Zip Code

**Last 4 digits of account number** — $20,130.74

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Professional Services

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy
Case: 25-51814 Doc# 70 Filed: 06/25/26 Entered: 06/25/26 16:48:42 Page 105 of 191

**4.34**

Safeco Insurance
Nonpriority Creditor's Name
P.O. Box 91014
Chicago, IL 60680
Number Street City State Zip Code

**Last 4 digits of account number** 9313 — $864.36

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

**4.35**

Samson MCA LLC
Nonpriority Creditor's Name
17 State Street, Suite 630
New York, NY 10004
Number Street City State Zip Code

**Last 4 digits of account number** — Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

**4.36**

Sofi Bank
Nonpriority Creditor's Name
P.O. Box 654081
Dallas, TX 75265-4081
Number Street City State Zip Code

**Last 4 digits of account number** 9139 — $43,971.00

**When was the debt incurred?** 04/2024

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Installment account

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.37

SoFi Servicing
Nonpriority Creditor's Name
2750 East Cottonwood Parkway, Suite 300
Salt Lake City, UT 84121
Number Street City State Zip Code

**Last 4 digits of account number** 5630 — $100,000.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Unsecured Loan

---

4.38

Stanford Medicine Children's Health
Nonpriority Creditor's Name
P.O. Box 743447
Los Angeles, CA 90074
Number Street City State Zip Code

**Last 4 digits of account number** 1920 — $1,750.18

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Professional Services

---

4.39

Stanford Medicine Children's Health
Nonpriority Creditor's Name
P.O. Box 743447
Los Angeles, CA 90074
Number Street City State Zip Code

**Last 4 digits of account number** 5141 — $3,267.01

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Professional Services

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy
Case: 25-51814 Doc# 70 Filed: 09/25/26 Entered: 09/25/26 17:08:42 Page 107 of 191

4.40 **Sutter Health**
Nonpriority Creditor's Name
P.O. Box 1259
Department 178308
Oaks, PA 19456
Number Street City State Zip Code

**Last 4 digits of account number** 8000 — $1,818.42

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Professional Services

---

4.41 **The Neighborhood Association, Inc.**
Nonpriority Creditor's Name
P.O. Box 29352
Phoenix, AZ 85038
Number Street City State Zip Code

**Last 4 digits of account number** 1109 — $790.94

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

4.42 **TruCore Lawn Service**
Nonpriority Creditor's Name
701 Cool Springs Blvd 3rd Floor
Franklin, TN 37067
Number Street City State Zip Code

**Last 4 digits of account number** 8944 — $264.25

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Professional Services

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.43 U.S. Small Business Administration
Nonpriority Creditor's Name
455 Market Street, Suite 600
San Francisco, CA 94105
Number Street City State Zip Code

Last 4 digits of account number

$485,173.95

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Personal Guarantee

---

4.44 Utah Pathology Services, Inc.
Nonpriority Creditor's Name
5700 Southwyck Bvld
Toledo, OH 43614
Number Street City State Zip Code

Last 4 digits of account number 3640

$47.14

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Professional Services

---

4.45 WebBank / PEAC Solutions
Nonpriority Creditor's Name
300 Fellowship Road
Mount Laurel, NJ 08054
Number Street City State Zip Code

Last 4 digits of account number

$189,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Personal Guarantee

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.46 West American Finance Corporation
Nonpriority Creditor's Name
26 North State Street
Salt Lake City, UT 84103
Number Street City State Zip Code

Last 4 digits of account number ______ $352,000.00

When was the debt incurred? ______

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify ______

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 39,378.34 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 39,378.34 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 4,203,923.64 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 4,203,923.64 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William Dokos Butler<br>First Name Middle Name Last Name |
| Debtor 2<br>(Spouse if, filing) | Anne Harmsen Butler<br>First Name Middle Name Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number<br>(if known) | 5:25-bk-51814 |

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name<br>Number Street<br>City State ZIP Code | |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |
| 2.5 | Name<br>Number Street<br>City State ZIP Code | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case: 25-51814 Doc# 70 Filed: 09/25/25 Entered: 09/25/25 17:07:42 Page 111 of 191

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | William Dokos Butler | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Anne Harmsen Butler | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 5:25-bk-51814 | | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☒ Yes.

In which community state or territory did you live? California . Fill in the name and current address of that person.

Anne Butler
730 Mora Drive
Los Altos, CA 94024

Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.45<br>☐ Schedule G ____<br>WebBank / PEAC Solutions |
| 3.2 | Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.43<br>☐ Schedule G ____<br>U.S. Small Business Administration |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3 Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.27<br>☐ Schedule G ____<br>LEAF Capital Funding, LLC |
| 3.4 Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.17<br>☐ Schedule G ____<br>Drip Capital, Inc. |
| 3.5 Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.21<br>☐ Schedule G ____<br>Idea 247 Inc. |
| 3.6 Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.35<br>☐ Schedule G ____<br>Samson MCA LLC |
| 3.7 Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.9<br>☐ Schedule G ____<br>Bank of America, N.A. |
| 3.8 Ormond Corporation<br>1450 Koll Circle, Suite 108<br>San Jose, CA 95112 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.19<br>☐ Schedule G ____<br>Guillermo Silva, Jr. |
| 3.9 Pappas Piping Service, Inc.<br>1450 Koll Circle, Suite 108<br>San Jose, CA 95112 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.14<br>☐ Schedule G ____<br>Capital One Bank, N.A. |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1 William Dokos Butler

Debtor 2 Anne Harmsen Butler
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number 5:25-bk-51814
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

______
MM / DD/ YYYY

# Official Form 106I
# Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | Account Executive | |
| **Employer's name** | Simple Products Corporation | |
| **Employer's address** | 138 E. 12300 South, C165<br>Draper, UT 84020 | |
| **How long employed there?** | 4 Months | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 5,000.02 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 5,000.02 | $ 0.00 |



Case: 25-51814 Doc# 70 Filed: 09/15/25 Entered: 09/15/25 17:04:42 Page 114 of 191

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ............ | 4. | $ 5,000.02 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 577.76 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 577.76 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 4,422.26 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. — 10. $ 4,422.26 + $ 0.00 = $ 4,422.26

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: ______ 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies — 12. $ 4,422.26
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain: It is anticipated that Mr. Butler will obtain employment with higher income and consistent with his professional background, and that Mrs. Butler will also obtain employment within the next 12 months.


Case: 25-51814 Doc# 70 Filed: 09/15/25 Entered: 09/15/25 17:08:42 Page 115 of 191

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | William Dokos Butler |
| Debtor 2 (Spouse, if filing) | Anne Harmsen Butler |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | 5:25-bk-51814 |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**
   ☒ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2. ☒ Yes. Fill out this information for each dependent.............
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 15 | ☐ No ☒ Yes |
| Daughter | 7 | ☐ No ☒ Yes |
| Daughter | 7 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ☒ No ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 4,765.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 75.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 268.14 |
| 6b. Water, sewer, garbage collection | 6b. | $ 177.35 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 478.88 |
| 6d. Other. Specify: | 6d. | $ 0.00 |

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. | $ 1,875.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 125.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 275.00 |
| 10. | **Personal care products and services** | 10. | $ 95.00 |
| 11. | **Medical and dental expenses** | 11. | $ 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 678.21 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 500.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 655.00 |
| | 15c. Vehicle insurance | 15c. | $ 316.67 |
| | 15d. Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: | 17c. | $ 0.00 |
| | 17d. Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |
| 21. | **Other:** Specify: | 21. | +$ 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | | $ 10,934.25 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ 10,934.25 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ 4,422.26 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ 10,934.25 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ -6,511.99 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes. Explain here:


Casse: 225-551188114 Doc# 760 Filed: 09/2155/226 Entered: 09/2155/226 117:0478:482 Page 1457 of 1931

**Fill in this information to identify your case:**

Debtor 1 William Dokos Butler
First Name Middle Name Last Name

Debtor 2 Anne Harmsen Butler
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number 5:25-bk-51814
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person ______________________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ William Dokos Butler
William Dokos Butler
Signature of Debtor 1

Date June 8, 2026

X /s/ Anne Harmsen Butler
Anne Harmsen Butler
Signature of Debtor 2

Date June 8, 2026



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William Dokos Butler (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse if, filing) | Anne Harmsen Butler (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 5:25-bk-51814 |

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $16,153.90 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $58,232.31 |
| | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $175,000.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Debtor 1 Sources of income Check all that apply. | Debtor 1 Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Debtor 2 Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year: (January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $8,196.00 | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $7,639.00 |
| | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $168,269.00 |
| **For the calendar year before that: (January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $7,350.00 | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $12,746.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Debtor 1 Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Debtor 2 Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year: (January 1 to December 31, 2024 )** | Interest / Dividends | $7,911.00 | | |
| | Rental Income | $176,337.00 | | |
| | Passive Income | $18,726.00 | | |
| **For the calendar year before that: (January 1 to December 31, 2023 )** | Interest / Dividends | $70,625.00 | | |
| | Rental Income | $87,337.00 | | |
| | Passive Income | $52,031.00 | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Bank of America, N.A. v. Butler et al.<br>25CV460941 | Civil | Superior Court of California, Santa Clara County<br>191 N. First Street<br>San Jose, CA 95113 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Austin Business Finance, LLC v. Decorative Plumbing Distributors, LLC et al.<br>25-0138-C425 | Civil | District Court of Texas, Williamson County<br>405 Martin Luther King Jr Street<br>Georgetown, TX 78626 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| LEAF Capital Funding, LLC vs Butler et al.<br>25CV461883 | Civil | Superior Court of California, Santa Clara County<br>191 N. First Street<br>San Jose, CA 95113 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Old National Bank v. Butler et al.<br>2025L008447 | Civil | Circuit Court of Cook County<br>50 W. Washington, Suite 1001<br>Chicago, IL 60602 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

[x] No. Go to line 11.
[ ] Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
[x] No
[ ] Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

[x] No
[ ] Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
[x] No
[ ] Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
[ ] No
[x] Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Church of Jesus Christ<br>of Latter-day Saints<br>50 E. North Temple<br>Salt Lake City, UT 84150 | Religious Donations | December 15, 2023 through September 14, 2025 | $54,853.00 |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

[x] No
[ ] Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Meyer Law Group, LLP<br>268 Bush Street #3639<br>San Francisco, CA 94104<br>www.meyerllp.com | Debtor provided a $26,738 pre-petition retainer, of which $9,207 as applied to pre-petition legal services and $1,738 for costs, leaving a retainer balance of $13,813 as of the Petition Date (November 20, 2025) | June 2025 | $26,738.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| McLean DV, LLC<br><br>None | Debtor Sold 2900 Deer Valley Drive East #C-302, Park City, UT 84060 for $2,197,500, which was fully furnished and included approximately $50,000 worth of art, antiques, and other personal property. | Debtor paid off all outstanding secured debt to Planet Home Lending, West American Finance, HOA Assessments, Ordinary and Customary Costs of Sale, and the Balance to Live Oak Banking Company. Debtor did not personally receive any net proceeds of sale. | March 14, 2025 |
| Bring a Trailer Media (Online Auction)<br>1300 17th Street<br>San Francisco, CA 94107<br><br>None | Debtor Sold 1996 Porsche 911 Carrera Coupe 6-Speed for $92,500. | $92,500 | January 20, 2025 |
| Anna Campisi<br><br>None | Debtor Sold 2007 Maserati Quattroporte for $4,600. | $4,600 | June 19, 2025 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Mercedes-Benz of Stevens Creek<br>4500 Stevens Creek Blvd.<br>San Jose, CA 95129<br><br>None | Sold 2020 Mercedes-Benz GLS for $35,000. | Paid off balance of loan with Mercedes-Benz ($14,526.40) and Debtor received the balance of the sale price of $20,473.60. | December 21, 2024 |
| Europenan and Japanese Auto Repair<br>4339 S. Commerce Drive<br>Salt Lake City, UT 84107<br><br>None | Debtor Sold 2001 Toyota 4 Runner for $500 | $500 | February 3, 2025 |
| Unknown Third Party<br><br>None | 41841 Albrae Street, Fremont, California 94438, which was owned by 41841 Albrae, LLC, was sold at a non-judicial foreclosure sale. | Debtor did not receive any proceeds on account of the non-judicial foreclosure sale. | September 2025 |
| H H Land & Cattle Company<br>26 N. State Street<br>Salt Lake City, UT 84103<br><br>Anne H. Butler's Father | Partnership Interest Returned to General Partner | None | Approximately 2022 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

☒ ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**

☒ ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**

☒ ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☒ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ **No. None of the above applies. Go to Part 12.**

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| **Business Name** **Address** (Number, Street, City, State and ZIP Code) | **Describe the nature of the business** **Name of accountant or bookkeeper** | **Employer Identification number** **Do not include Social Security number or ITIN.** **Dates business existed** |
|---|---|---|
| 41841 Albrae, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | Single Asset Real Estate | **EIN:** 93-2905392<br>**From-To** 2023 to Present |
| Shapes Supply LLC fka Shapes Supply Co.<br>3550 Salt Creek Lane, #115<br>Arlington Heights, IL 60006 | Kitchen and Bathroom Remodel | **EIN:** 36-4337719<br>**From-To** 1999 to Present |
| Decorative Plumbing Distributors, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | Plumbing Fixtures | **EIN:** 84-1736228<br>**From-To** 2019 to Present |
| WMCO LLC<br>P.O. Box 900321<br>Sandy, UT 84090 | | **EIN:** 45-2611445<br>**From-To** 2011 to Present |
| Home Plumbing Source, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 | Plumbing Supplies | **EIN:** 82-2280262<br>**From-To** 2017 to Present |
| BILT Distribution, LLC<br>41841 Albrae Street<br>Fremont, CA 94537 | Plumbing Supplies | **EIN:** 85-1177648<br>**From-To** 2020 to Present |
| HFLP LLC<br>26 N. State Street<br>Salt Lake City, UT 84103 | Conglomerate Holding Company | **EIN:** 87-0406753<br>**From-To** 1996 to Present |
| H H Land & Cattle Company<br>26 N. State Street<br>Salt Lake City, UT 84103 | Cattle Ranch | **EIN:** 87-0446483<br>**From-To** 2020 to Present |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| **Name** **Address** (Number, Street, City, State and ZIP Code) | **Date Issued** |
|---|---|

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| /s/ William Dokos Butler | /s/ Anne Harmsen Butler |
| William Dokos Butler | Anne Harmsen Butler |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| **Date** June 8, 2026 | **Date** June 8, 2026 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case: 25-51814 Doc# 70 Filed: 06/15/26 Entered: 06/15/26 17:07:42 Page 126 of 191

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Casse: 225-5518144 Doc# 760 Filed: 096/2151/226 Entered: 096/2151/226 176:0478:432 Page 1527 off 1691

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re
William Dokos Butler
Anne Harmsen Butler

Case No. 5:25-bk-51814

Debtor(s). /

CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 7 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: June 8, 2026

/s/ Brent D. Meyer
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Ajita Grewal MD, Inc.
762 Altos Oaks Drive
Los Altos, CA 94024

Ajita Grewal, MD, Inc.
762 Altos Oaks Drive
Los Altos, CA 94024

American Express
P.O. Box 981537
El Paso, TX 79998-1537

AT&T
P.O. Box 6416
Carol Stream, IL 60197

Austin Business Finance LLC dba Backd
4853 Williams, Ste 111, Office G
Georgetown, TX 78633

Bank of America, N.A.
P.O. Box 982238
El Paso, TX 79998-2238

Bank of America, N.A.
100 N Tryon Street
Charlotte, NC 28202

Bluevine, Inc.
30 Montgomery Street
Jersey City, NJ 07302

BMO Bank, NA
111 W Monroe Street
Chicago, IL 60603-4096

Bradley Zicherman, MD
177 Bovet Road, Floor 6
San Mateo, CA 94402

Cal Water Service
341 N Delaware Street
San Mateo, CA 94401

Capital One Bank, N.A.
P.O. Box 31293
Salt Lake City, UT 84131-0293

Chris Mundt
4853 Williams Drive, Suite 111
Georgetown, TX 78633

Chubb Group of Insurance Companies
P.O. Box 7247-0180
Philadelphia, PA 19170

Citadel Servicing Company
P.O. Box 100078
Duluth, GA 30096-9377

Connecticut Irrigation, LLC
454 East Main Street

Decorative Plumbing Distributors, LLC
41841 Albrae Street
Fremont, CA 94538

Drip Capital, Inc.
1885 El Camino Real
Palo Alto, CA 94306

Emergency Physicians Integrated Care
P.O. Box 734389
Chicago, IL 60673

Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812

Guillermo Silva, Jr.
Michael P. Pappas

Hemar, Rousso & Heald, LLP
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

House of Miracles
21680 Lomita Ave
Cupertino, CA 95014

Idea 247 Inc.
800 NW 62 Avenue, Suite 750
Miami, FL 33126

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

JPMorgan Chase Bank, N.A.
P.O. Box 15369
Wilmington, DE 19850-5369

Kapaa Pediatrics LLC
41461 Kuhio Highway
Kapaa, HI 96746

Lakeview Hospital
630 Medical Drive
Bountiful, UT 84010

Lea & Braze Engineering, Inc.
7011 Koll Center Parkway, Suite 160
Pleasanton, CA 94566

LEAF Capital Funding, LLC
One Commerce Square
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403

Mercedes Benz Financial
P.O. Box 961
Roanoke, TX 76262-0961

Millcreek Dermatology
1250 East 3900 South Suite 450
Salt Lake City, UT 84124

Ormond Corporation
1450 Koll Circle, Suite 108
San Jose, CA 95112

Pappas Piping Service, Inc.
1450 Koll Circle, Suite 108
San Jose, CA 95112

PFS Group
2600 North Loop W. Suite 150
Houston, TX 77092

PIRS Capital, LLC / AMA Recovery Group
3131 Eastside Street, Suite #435
Houston, TX 77098

Roselli Foreign Car
340 Lincoln Avenue
San Jose, CA 95126

Safeco Insurance
P.O. Box 91014
Chicago, IL 60680

Samson MCA LLC
17 State Street, Suite 630
New York, NY 10004

Sofi Bank
P.O. Box 654081
Dallas, TX 75265-4081

SoFi Servicing
2750 East Cottonwood Parkway, Suite 300
Salt Lake City, UT 84121

Stanford Medicine Children's Health
P.O. Box 743447
Los Angeles, CA 90074

Sutter Health
P.O. Box 1259
Department 178308
Oaks, PA 19456

The Neighborhood Association, Inc.
P.O. Box 29352
Phoenix, AZ 85038

TruCore Lawn Service
701 Cool Springs Blvd 3rd Floor
Franklin, TN 37067

U.S. Small Business Administration
455 Market Street, Suite 600
San Francisco, CA 94105

Utah Pathology Services, Inc.
5700 Southwyck Bvld
Toledo, OH 43614

Vedder Price
1925 Century Park East, Suite 1900
Los Angeles, CA 90067

WebBank / PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

West American Finance Corporation
26 North State Street
Salt Lake City, UT 84103

# EXHIBIT 4

**Audio recording submitted to the Court, the Debtors, Debtors' proposed counsel, and United States Trustee on USB drive. Recording is available to all other parties-in-interest upon request.**

# EXHIBIT 5

Examination Under Oath of

**William D. Butler and Anne H. Butler**

July 22, 2026

In re William Dokos Butler and Anne Harmsen Butler

aptus. COURT REPORTING

www.aptusCR.com | 866.999.8310

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>WILLIAM DOKOS BUTLER and ANNE HARMSEN BUTLER,<br><br>Debtors, | Case No. 25-51814 |

EXAMINATION UNDER OATH OF WILLIAM D. BUTLER and ANNE H. BUTLER, commencing at 11:06 A.M. on Wednesday, July 22, 2026, before SHIRLEY Q. CASILAN, Certified Shorthand Reporter 12361, in and for the State of California.

Job No.: 10194522



Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 139 of 191

APPEARANCES VIA ZOOM:

FOR DEBTORS IN POSSESSION:

MEYERLAW GROUP, LLP
BY: BRENT D. MEYER, ESQ.
268 Bush Street
Suite 3639
San Francisco, California 94104
(415) 765-1588
brent@meyerllp.com

FOR MOVANT, BANK OF AMERICA, N.A.:

HEMAR, ROUSSO & HEALD, LLP
BY: JESSICA M. SIMON, ESQ.
15910 Ventura Boulevard
12th Floor
Encino, California 91436
(818) 501-3800
jsimon@hrhlaw.com

INDEX

---oOo---


| | PAGE |
|---|---|
| EXAMINATION BY: MS. SIMON | 5 |


---oOo---

EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit A | Proof of claim | 8 |
| Exhibit B | Complaint | 10 |
| Exhibit C | BofA 000001 to 001401 | 14 |
| Exhibit D | BofA 001142 to 001264 | 14 |
| Exhibit E | Meet and confer re documents | 15 |
| Exhibit F | Plan | 20 |
| Exhibit G | Disclosure statement with Teeple declaration | 20 |
| Exhibit H | Amended schedules and SOFA | 82 |
| Exhibit I | Rule 2004 motion | 94 |
| Exhibit J | Order granting motion for 2004 examination and document production | 93 |
| Exhibit K | Butler's objection to Ruler 2004 examination | 94 |




Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 141 of 191

EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit L | Status report for 2/3/26 | 94 |
| Exhibit M | 2023 personal financial statement | 95 |

QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

(None)


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 142 of 191

WEDNESDAY, JULY 22, 2026, 11:06 A.M.

---oOo---

THE COURT REPORTER: Good morning. My name is Shirley Casilan, CSR No. 12361.

Mr. and Mrs. Butler, please raise your right hand.

Do you solemnly swear the testimony you will give in this cause will be the truth, the whole truth, and nothing but the truth, so help you God?

MR. BUTLER: Yes.

MRS. BUTLER: Yes.

---oOo---

WILLIAM D. BUTLER and ANNE H. BUTLER,
called as a witness herein,
was examined and testified as follows:

EXAMINATION

BY MS. SIMON:

**Q Good morning, Mr. Butler and Mrs. Butler. My name is Jessica Simon. We represent Bank of America in your bankruptcy case.**

**I'm going to start with a few -- have you been in an examination before?**

A Like this?


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 143 of 191

**Q Yes.**

A No.

**Q Examination, deposition, some- -- they're about the same.**

A Yeah. I've been in a deposition before, yes.

**Q So you're generally familiar with how it works?**

A Yes.

**Q Okay.**

**During this deposition, the court reporter/stenographer will be making a record of everything that is said. So during it, it's important that you let me finish asking my question before you answer so that we have a complete and clear record.**

**Do you understanding that?**

A Yes.

MRS. BUTLER: Yes.

BY MS. SIMON:

**Q So you need to speak clearly. Head nods, gestures will not be taken up by the transcript.**

**Do you understand that?**

A Understood, yes.

MRS. BUTLER: Yes.

BY MS. SIMON:

**Q After the examination, you will have the ability to review the transcript and determine if any changes need**

**to be made.**

**Do you understand that?**

MRS. BUTLER: Yes.

MR. BUTLER: Yes.

BY MS. SIMON:

**Q We usually request that the review be conducted within 30 days so that if any changes are made, they're included in errata within 30 days.**

**Do you have any objections to that?**

A No.

MRS. BUTLER: No.

BY MS. SIMON:

**Q Is there any reason today why you would not be able to testify truthfully and accurately to the best of your ability?**

A No.

MRS. BUTLER: No.

BY MS. SIMON:

**Q Are you taking any medications that would affect your ability to testify truthfully or accurately today to the best of your ability?**

A No.

MRS. BUTLER: No.

BY MS. SIMON:

**Q Okay. We will proceed with the examination. If**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 145 of 191

**you ever have a question or don't understand one of the questions that I ask, please let me know and then I will clarify the question.**

**Do you understand that?**

A Yes.

MRS. BUTLER: Yes.

BY MS. SIMON:

**Q You guaranteed a loan to our client in the original principal amount of $4 million.**

**You're aware of that correct?**

A Yes.

MS. SIMON: For the record, the first exhibit that I will mark for introduction is just a copy of our proof of claim.

This is the first time I've attempted this so I'm going to see if this works.

BY MS. SIMON:

**Q I'm sharing that in the chat, if you would like to pull it up and take a look at it. This -- it contains the loan documents that you signed on behalf of your company and that you guaranteed.**

**Are you able to access that document in the chat?**

A Yes. It just came up.

MS. SIMON: And we will mark this as Exhibit A.

(Exhibit A was marked and identified.)

MR. BUTLER: Okay.

BY MS. SIMON:

**Q Are you familiar with the documents that are contained in this proof of claim?**

A Yes. I've seen them before.

**Q Okay.**

A I haven't seen the proof of claim, but I've seen --

**Q The attached documents?**

A -- the attached documents. Yes.

MS. SIMON: And Ms. Butler?

MRS. BUTLER: I mean, I -- again, I signed things that were put in front of me by Mr. Butler, but I didn't really ever review them clearly. I trusted his judgment. I trusted him when they said they were accurate.

MS. SIMON: I understand, but you did sign the documents.

Correct?

MRS. BUTLER: I did. Correct.

BY MS. SIMON:

**Q And Mr. Butler?**

A Yes.

**Q The borrower was a company named Decorative Plumbing Distribution, LLC.**

**Correct?**



Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 147 of 191

A Correct.

**Q And that company previously filed for bankruptcy protection, and that case was converted on our client's motion to a Chapter 7.**

**Correct?**

A Yes, that's my understanding.

**Q On March 12th, 2025, our client filed a complaint against you based on breach of guarantees.**

MS. SIMON: And I will mark -- I will include that -- one moment -- in the chat so you can pull that up. And this will be marked as Exhibit B.

(Exhibit B was marked and identified.)

BY MS. SIMON:

**Q Please let me know if you're able to access that complaint.**

A Yes, I can see it.

MS. SIMON: And Ms. Butler?

MRS. BUTLER: Uh-huh.

BY MS. SIMON:

**Q On September 5th, 2025, our client recorded a notice of attachment against real property in Santa Clara County. That is actually also part of our proof of claim that attached a property of 730 Mora Drive.**

**Are you familiar with that property?**

A Yes.

**Q And you were familiar with the attachment lien against the property?**

A Yes.

**Q Is that why you filed for bankruptcy protection?**

A No.

MR. MEYER: Objection. Attorney-client privilege.

BY MS. SIMON:

**Q Why did you file for bankruptcy?**

MR. MEYER: Objection to the extent it calls for attorney-client privilege. I'm objecting.

To the extent you have independent knowledge, you can answer.

MR. BUTLER: I can answer the question?

MR. MEYER: To the extent --

BY MS. SIMON:

**Q To the extent that you have --**

MR. MEYER: -- that you have independent knowledge, not dependent on advice of counsel, you can answer the question.

MR. BUTLER: There were multiple reasons.

BY MS. SIMON:

**Q Could you describe those reasons?**

A My livelihood was taken from me by conversion of Chapter 11. My company was converted instead of allowing

it to emerge. There are -- you know, there were other financial difficulties that were associated with that and we had no other recourse.

MS. SIMON: Ms. Butler, do you have anything else to add?

MRS. BUTLER: I do not.

BY MS. SIMON:

**Q Your bankruptcy case was filed on November 20th, 2025.**

**Is that correct?**

A Yes.

**Q On January 15th -- sorry. I'm sorry. January 14th, 2026, you and Ms. Butler appeared at a 341 meeting of creditors.**

**Do you recall that?**

A Yes.

MS. SIMON: Ms. Butler, do you recall that?

MRS. BUTLER: Yes.

BY MS. SIMON:

**Q At the time, you had stated that you would provide certain documents to us, some of which we have received, some of which we have not, and that you would amend your schedules and statement of financial affairs.**

**Do you recall that?**

A Yes.

MS. SIMON: Ms. Butler?

MRS. BUTLER: I don't recall, but if it was said, then I would agree that I did.

BY MS. SIMON:

**Q Okay.**

**It has been over seven months since the time of that 341 meeting of creditors, and we still have not seen an amend- -- any amendments to the schedules or the statement of financial affairs. Why not?**

MR. MEYER: Objection. Counsel misstates the record. Those amendments have been filed.

MS. SIMON: When were they filed?

MR. MEYER: They're in the docket.

MS. SIMON: On what date were they filed?

MR. MEYER: I don't have that information in front of me, but you can review the docket.

MS. SIMON: Okay. About how long ago were they filed?

MR. MEYER: Two months ago.

BY MS. SIMON:

**Q Did those amendments correct all of the issues that were raised at the 341 meeting of creditors?**

A I believe they did, yes.

**Q Since then, you produced to us certain documents. We have documents that were Bates stamped 000001 through**

**-1401, and then most recently, this week, we received documents that were Bates stamped 001142 to 001264.**

**Does that sound accurate?**

A Bates stamping, I kind of know what that is, but -- so --

MS. SIMON: I'm going to send this to you -- or I'm going to mark this as -- I'll mark the first set that I just sent through -1401 as Exhibit C and the second one as Exhibit D.

(Exhibits C and D were marked and identified.)

BY MS. SIMON:

**Q And you can pull them up quickly and verify that these are the documents that were produced.**

A Yes. They appear to be. I'm looking at the first one. Yeah, it appears to be that. And the second one -- I mean, I didn't look at all of it. I'm just saying based on the first few pages, yes.

**Q Okay.**

A Yes.

**Q And where did -- where were those documents located? Were they within your files or custody or control?**

A Yes, within my custody and control. Various --

MS. SIMON: I'm going to --

MR. BUTLER: -- locations. Right.


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 152 of 191

BY MS. SIMON:

**Q And did you -- to find those documents, did you search all of your hardcopy files and electronic files?**

A Yes. That's why I'm talking about various sources: online, hardcopy files, and soft copy files.

**Q Okay.**

MS. SIMON: I'm going to mark this next document as Exhibit E. This was a meet and confer that I have sent to your counsel on certain documents that were not produced in response to the document production request that we had sent. This email was sent on May 11th. If you scroll down, it's on the third page.

(Exhibit E was marked and identified.)

MR. BUTLER: Uh-huh.

BY MS. SIMON:

**Q Have you -- did you see a copy of these documents?**

A Well, I see a copy of the -- are you talking about the request?

**Q I'm sorry. Copy of the request.**

A Yes. And I responded and provided what I could to support the 28 -- 28 individual requests.

**Q Okay.**

**Since this meet and confer, we did receive some further documents. There are still a number of documents**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 153 of 191

**that we have not received, such as the current valuations of the businesses, including Pappas Piping and HFLP. We received information on the valuations in 2023, but not current ones.**

**Do you have current valuations?**

A I do not have current valuations.

**Q We also had asked for certain ownership and termination of business interest documents, particularly for HF- --**

A Those are not in my con- -- sorry. Sorry. Excuse me.

**Q Okay.**

A Go ahead.

**Q Okay.**

**Are those -- do you have any of those documents?**

A Those documents are not in my control.

**Q Whose control are they within?**

A I specified that in my response to my attorney, that those are in the control of my father-in-law.

MS. SIMON: Ms. Butler, do you have any of these documents, the current valuations of the debtor's businesses or ownership and termination of the various businesses that we outlined in this email?

MR. BUTLER: You're talking about line items 9 through 16 on page 4?


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 154 of 191

MS. SIMON: Yes. Actually, it's 9 through 16 and then also 17 through 19.

And Ms. Butler, I believe you're muted.

MRS. BUTLER: Apologies. No, I do not have access to them.

BY MS. SIMON:

**Q If you go to the next page, we had requested valuations and asset disclosures concerning certain assets that you had disclosed have these values in the 2023 personal financial statement.**

A Uh-huh.

**Q Do you have any documents relating to the valuations that were provided in the 2023 financial statement to our client?**

A I don't have any documents related to that.

MS. SIMON: And Ms. Butler, what about you?

MRS. BUTLER: No, I do not have documentation. I don't have anything.

BY MS. SIMON:

**Q Do you have any documents related to the financial disclosures that we requested in numbers 25 and 26?**

A Well -- yeah. Some of -- I don't -- no. No. I don't think we have any of those documents.

MS. SIMON: Ms. Butler?


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 155 of 191

MRS. BUTLER: No.

BY MS. SIMON:

**Q What about the transfers that were -- that -- for which we requested documents in numbers 27 and 28? Do you have any documents of those?**

A I don't have any of those, because I don't have access to my Bank of America account anymore. So -- those are online.

MS. SIMON: Ms. Butler, what about you?

MRS. BUTLER: No.

BY MS. SIMON:

**Q Okay. I'm going to scroll up a bit.**

**We did receive copies of what appear to be an unsecured note for Pappas Piping, and I will ask some questions on that.**

A Okay.

**Q But if you look above that, we have requested information on the business valuations provided in November 2023 for the companies listed in numbers 4 to 7.**

**Do you have any of those business valuations?**

A I provided the business valuations for that and for Novem- -- subsequent 2025.

**Q We did see a document that I think was about one to two pages in the subsequent --**

A Yes.

**Q -- production this week that did have valuations broken down. What I'm asking for though are any documents that support those valuations.**

A No. Those are the documents -- simply came from the accounting. You're seeing the book value or the purchase value or invested value minus the long-term debt, and that is the net valuations.

**Q If you look above that, we had requested -- for some reason I'm getting a lot of feedback on my side. Okay. I think it's better.**

**If you look above that, regarding tax returns, we had requested your tax returns from 2023 to 2025, the federal tax returns. I did not see those produced. If they were, please let me know otherwise. And if they were not produced, why not?**

MR. MEYER: And Counsel, we objected to production of documents. We set those forth in the objections to those before examination.

MS. SIMON: And what was the basis of the objection?

MR. MEYER: Document speaks for itself, but they're privileged documents.

BY MS. SIMON:

**Q We received certain documents on the ownership or the formation documents for Albrae Street. We -- I do not**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 157 of 191

**think we received any documents related to the valuation of that, including any appraisals. Did you produce any of those documents, and if not, do you have those documents?**

A I had looked for the original appraisal when we purchased, and I could not find a copy of it. I've asked my real estate broker if he can provide a copy. If I can get that, I will provide that.

**Q Okay.**

MS. SIMON: Turning to Pappas Piping, we saw that a plan recently was filed, and I'm going to mark this as Exhibit F.

(Exhibit F was marked and identified.)

MR. BUTLER: What are you post- -- okay. Yeah. Right. There you go.

MS. SIMON: I'm just doing it right now.

And there was also a Teeple declaration that was attached to a disclosure statement --

MR. BUTLER: Yeah.

MS. SIMON: -- which I'm going to mark as Exhibit G. I just need to copy that.

(Exhibit G was marked and identified.)

BY MS. SIMON:

**Q Do you see those documents?**

A Yes. And then Pappas' declaration. I'm bringing it up. Uh-huh. Yes. Uh-huh.

**Q Are you familiar with those documents?**

A I am familiar with them.

MS. SIMON: Ms. Butler, are you familiar with those documents?

MRS. BUTLER: I am not, no.

BY MS. SIMON:

**Q In your bankruptcy petitions, you value Pappas Piping at zero, but the company filed a Chapter 11 plan, which we just marked, providing that it has 11 million of specialty project work in the pipeline with anticipated revenue.**

**So how did you -- how do you reconcile a zero valuation with a fully operating company that intends to pay a hundred percent of its creditors?**

A Currently, our equity in the company is negative. Right. So zero is what it's worth right now in terms of the equity and it has -- that's how I valued everything, right, what we put into it, what's the long-term debt. In this case, the conversion also turns that into long-term debt because it's paid out over multiple years. So right now the value is zero.

**Q Does it intend to continue to operate in the future?**

A Yes.

**Q Do you intend to pay --**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 159 of 191

A And then --

**Q Uh-huh. Go ahead.**

A -- I do need to add -- remember that all shares of this company held by -- and they are in a 401(k), and they are retirement. So our equity is a retirement equity here and not held in our person.

**Q When Pappas emerges from the bankruptcy or when the plan is confirmed, what will your shares be?**

A Still a hundred percent of the ownership of the company.

Is that what you're asking?

**Q Yes.**

**And is it 50/50, you and Anne?**

A Basically, yeah.

**Q Are you receiving any income from Pappas Piping?**

A Not currently, but I think in the plan, we will be able to draw some income.

**Q What is that income?**

A It's approximately $175,000 annually. That will be split between Anne and me.

**Q So that's total?**

A Yes.

**Q Is there any minimum contribution of hours that you need to contribute to the company to receive that salary?**

A Yes.
**Q How many?**
A I don't have that in front of me right now.
**Q If you were to estimate -- I don't want you to guess, but I'm entitled to your fair estimation. If you were to estimate how many hours, how many would that be?**
A Probably 20.
**Q And that's 20 hours a week?**
A Yes. Because it's essentially half salary of what I was making.
**Q And when do you expect to receive your first salary contribution or payment?**
A Mid- to late September. I think once the plan is confirmed, and we're working on the plan.
**Q In the plan, Bill -- so -- or Mr. Butler, you're listed as an unsecured creditor of $515,786, and I also saw that you were listed as a secured creditor of $537,923.70.**
**Does that sound familiar?**
A Yes.
**Q Okay.**
**What was the security on the secured -- you're listed as a secured creditor. So what is the security for that?**
A The company -- you know, company assets.


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 161 of 191

**Q Did you have a UCC file filed?**
A I believe we did.
**Q If I were to run a search of UCC filings on secretary of state's office, do you believe that your name personally would come up or would it come up under something else?**
A I am not entirely sure on that.
**Q Okay.**
A I'd have to go look.
**Q Let me ask it in a different way, then.**
**Do you believe that you filed a UCC in your personal capacity?**
A I'm not -- I'm not sure. I don't recall.
**Q The plan intends to pay you in full for the unsecured note and the secured note.**
**Correct?**
A That is the plan.
**Q So then that totals $1,053,709.70. That was my calculation.**
**Does that sound right?**
A Yeah. Yeah. Within -- it's in the ballpark, yes.
**Q So you anticipate or expect to receive this from the Pappas Piping bankruptcy case?**
A Yes, over the course of the plan.

**Q How many years is the plan?**

A I don't remember. I -- because there was a few numbers thrown around, but it's -- it's, I think, less than 5-. I do recall it's less than 5-, but I can't remember if we settled on 3- or 4-.

**Q Do you know how much you will be paid per year as distributions?**

A I haven't -- no, I do not know specifically yet.

**Q You did produce to us -- I believe it was Bates stamped No. 1264. And when I refer to a Bates stamp, that's basically a number that attorneys put on documents so that we can --**

A Okay.

**Q -- refer to the correct document. That's all it is.**

A Yeah. Right. Yeah.

**Q But I did see a note that you produced. I believe the principal was 495,000 eventually with some amendments. It was around there, 495- and $596,000 at a 5 percent per annum rate.**

**Does that sound right?**

A Yeah. That -- like, that was the principal and then interest knocked it up higher. Yeah.

**Q So is that note, does that form the basis of the unsecured claim that you filed in the Pappas Piping**

**bankruptcy for which you are going to be paid?**

A Yes. That forms that basis. Uh-huh.

**Q For the secured portion of your claim, in addition to the UCC, do you have any documentation of that? So, did you have a note for that?**

A Yes.

**Q Do you have a commercial security agreement?**

A There's a note for -- there's a note for that secured or -- secured note. Yeah, there's a secured note.

**Q What about commercial security agreement or some type of security agreement?**

A I just -- the whole thing is a secured agreement and note combined, I believe, or something to that effect.

**Q Okay.**

**Did you produce to us a copy of that note?**

A I -- yes.

**Q I'm not sure if I saw it, or if you did produce it, I didn't see it in this last production. I'll go back and check, but if we didn't receive it, I would like to request that you do produce it in another supplemental production. And I'll go back and verify and follow up with your counsel on that.**

A Okay. Yeah.

**Q Okay.**

**So overall, you anticipate receiving the**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 164 of 191

**$1,053,709.70 from the Pappas bankruptcy.**
**Correct?**
A Yes.
**Q Okay.**
A Yeah. Now.
**Q When you amended your schedules, did you include that payment on your amended schedules?**
A I don't recall, because, remember, that was before the plan was submitted. So two months ago, you know, question mark.
**Q What about your claims that would -- that would --**
A The claims are in there -- the claims are in there for sure. Yeah, the claims are in there. Well, you know, the certainty of receiving the claims or whatever was obviously in question back then.
**Q In your amended schedules, did you report any of the income that you would be receiving from the Pappas Piping bankruptcy case?**
A No. Because there's -- was a question when we -- the result. That's theoretical at that point still.
**Q Have you received any income from Pappas Piping in the past year or two years?**
A December 2024 was the last paycheck I got from Pappas Piping.


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 165 of 191

Q And how much was that?
A I don't remember. I could provide you the copy of the paystub, but -- I was doing 175,000 annually. So --
Q And was that reported in your separate statement of financial affairs, the income that you had a couple of years ago? So there would be the 2025 income and then the 2024 income, and it sounds like you did have income in 2024.
Is that correct?
A Yes. Yes, I did have income in 2024, and I believe we represented that appropriately.
Q Okay. I will check your amended schedules for that. Okay.
So previously, in the Decorative Plumbing case, you had reported a certain amount of loan receivables from Pappas Piping. We thought that that would leave a deficiency of 502,000 in loan receivables. Is there anything else that is due to you from Pappas Piping other than the unsecured and the secured note? For instance, were there any other receivables that were due from you -- due to you?
A I don't believe so.
Q What about to Decorative Plumbing? Was there -- are there any loan receivables that were due to Decorative

**Plumbing? And more specifically, on the June 2025 personal financial statement that you provided to our client, you had reported loan receivables of a little over 1.8 million. So it was $1,839,300.**

A Uh-huh.

**Q And then approximately $1,336,824 was owed from Decorative Plumbing, and we had understood that the rest was owed from Pappas Piping. I thought that that's what your testimony was at the 341. So we're trying to understand what happened to those receivables.**

A That does not sound right to me, because I don't think Pappas owned -- owed DPD any money. All the lending was done from our personal to Pappas.

**Q But what about personally? So did you -- were there -- were there any other -- any receivables that Pappas would owe you?**

A Beyond the two that we've talked about here, no.

**Q Okay.**

**In the plan of Pappas Piping, it appears that West American Finance will be paid 1.485 million. Do you know if that's correct?**

A I don't know. It sounds correct, but I don't know.

**Q West American is on -- controlled by Steve Harmsen, which we understand to be Ms. Butler's father.**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 167 of 191

MS. SIMON: Ms. Butler, maybe you can respond to that.

Is that correct?

MRS. BUTLER: Yes.

MS. SIMON: And do you have an interest in West American Finance?

MRS. BUTLER: I'm not certain how it --

MR. BUTLER: No, she does not. She does not. I'm going to say she does not. It's only HFLP, LLC.

BY MS. SIMON:

**Q Yeah. That was actually going to be my second question. I will get to that --**

A Yes.

**Q -- in a minute.**

**Who owns -- and I'm going to call West American Finance RAFCO. I can call it West American --**

A Yeah, you can call it RAFCO. That's what we call it. That's what --

**Q Okay.**

A Yeah.

**Q So then who owns a hundred percent of RAFCO or portions of it? Is it just Mr. Harmsen?**

A Speculation, yes. I'm not -- I'm not entirely certain what the --

**Q I don't want you to speculate. So if you don't**

**know, it's okay to say "I don't know."**

A I don't know.

**Q If you do know -- okay.**

A I don't know.

**Q Okay. Okay.**

**So we do understand that RAFCO is partially owned by a company HFLP, LC or LLC. Is that -- do either of you -- are either of you familiar with that?**

A We know -- I know what HFLP, LLC is. It's the family partnership, but I do not know that RAFCO is partially owned by that. No.

MS. SIMON: And Ms. Butler, do you know if RAFCO is partially owned by that?

MRS. BUTLER: No.

MS. SIMON: Meaning no, you don't know or no --

MRS. BUTLER: No, I do not know. We don't get distributions. We don't see paperwork. There might be some documentation out there, but I've never seen anything.

MS. SIMON: Ms. Butler, we understand that you own a 13 percent interest in HFLP.

Is that correct?

MRS. BUTLER: Correct.

MS. SIMON: And previously, you provided us a valuation of that interest. Sitting here today, do you

know the value of your interest in HFLP?

MRS. BUTLER: No. Like I said, we do not get any distributions. We don't get any paperwork. There's nothing that we receive on it.

MS. SIMON: On a personal financial statement from November 2023 that you produced, the invested value of HFLP was 2.95 million, and that also was the net value. Could you please explain what the invested value and net value means?

MRS. BUTLER: So, like said, I didn't write any of those numbers down. I assumed that they were correct if I signed any documentation, but I didn't collect that number and I don't know how that number was collected.

MR. BUTLER: I got it from our father-in-law, just asking him what the interest was, the 13 percent val- -- what he estimated 13 percent value.

BY MS. SIMON:

**Q So then -- okay. So I'm trying to -- so what -- Mr. Butler, what is your understanding of the value of Ms. Butler's 13 percent interest in HFLP?**

A I'm not sure I understand what you're asking here specifically. What my understanding of what?

**Q So what would be the value of that interest?**

A The net --

**Q So the company --**





Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 170 of 191

A -- the net value of her share of the assets, which are mostly I think some real estate -- mostly real estate and maybe some markable securities, I just asked my father-in-law what I should put down as the value, and he gave me the number.

**Q What number was that?**

A The number that we -- 2.895- or 2.9-, whatever it was.

**Q So that was from 2023. Is that still the number today?**

A I don't know. I haven't asked him.

**Q Okay.**

**Previously, the interest -- the 13 percent interest was valued at $250,000, but during the meeting of creditors, we had understood that you were going to confirm that. Have you confirmed that since the meeting of creditors?**

A The only conversation I've had with him is there is supposedly a document in there that indicates if a member of the HFLP, LLC goes into bankruptcy, the value is based on initial book value or book -- you know, percentage interest of the book value. That's what I understand. So I asked him what that number is, and he gave me that number.

**Q So is it a percentage interest of 2.95 million?**

A I don't know. It's basically what she could get out of the partnership, my understanding, to liquidate her interest, because there's a -- kind of a bankruptcy clause in the partnership documents that lets the other owners buy the current -- the bankruptcy owner out at a dis- -- at a -- basically at a discount --

**Q So I --**

A -- of the value, from what --

**Q -- I understand that. What I'm trying to understand is what is that liquidation value? So if someone were to buy her out right now, what is that liquidation value?**

A 250,000.

**Q Does she have that option to get bought out right now for 250,000?**

A I believe so, but I can't answer that definitively. No.

MS. SIMON: Ms. Butler, do you know?

MRS. BUTLER: I do not know.

BY MS. SIMON:

**Q At the 341 meeting, we had asked you to provide documentation of the HFLP portfolio valuation and Anne's percentage interest. We have not seen that provided. Do you have any of that documentation?**

A None of that documentation is in our control.


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 172 of 191

**Q And who would control that?**
A Mr. Harmsen, previously mentioned.
**Q Okay.**
**Do you know the basis of West American's claims that support the claim that -- made in the Pappas Piping bankruptcy case?**
A I believe those -- that was money lent to Pappas Piping during its financial difficulty.
**Q Okay.**
**In your November 2023 personal financial statement, you reported savings account balances totalling over 1.6 million, specifically $1,600,400. That was a checking account balance and stocks. So the checking account balance was about 296,000-plus, and then the stocks were valued at a little over 886,000.**
A Uh-huh.
**Q What were -- what is the breakdown of those valuations? So, did you have any documentation of those valuations that support that in 2023?**
A Yes. At the time, yeah, the statements from the institutions.
**Q And what institutions was that money held in?**
A Bank of America, primarily, and then -- and Merrill Lynch, of course. And then I believe we also had a Fidelity account. And I don't remember the other ones,

but -- I mean, right off the top of my head, but, you know, less than two or three -- well, less than a handful of institutions.

**Q Where did all of those funds go?**

A Some of those funds were used in making the loan to Pappas Piping or -- both secured and unsecured portions of that, living expenses. Our burden was about 40- to 50,000 a month. So -- now, that's documented through the bank statements and whatnot. So --

**Q In what years -- or two years from now, what do you anticipate that the value of Pappas Piping will be?**

A I can't speculate right now. I'm assuming it'll be more than zero, but I can't speculate right now until the plan is confirmed and we get a little bit more information.

**Q Do you anticipate trying to confirm a plan in this case?**

A Yes. I mean, I think we have the means to do so or potentially the means to do something.

**Q Have you prepared a plan to date?**

A I have not. We have a lot of moving things going on right now, so it's a little hard to put something down.

**Q Where do you anticipate coming up with the funds for the plan?**

A As you've pointed out, there are a few assets

that we -- you know, from Pappas Piping, income that's coming to us as well there, and then I do have some outside income right now as well. So that will probably be -- primarily through those sources.

**Q Do you anticipate paying unsecured creditors any percentage?**

A I can't answer that right now. I mean, if there was anything, it would be a percentage, yeah. I mean, there's no hundred percent plan here that I can tell you that right now.

**Q When do you anticipate having a plan on file?**

A I can't answer that right now, but it depends a little bit on this conversation and what happens from here.

**Q We have some questions concerning some of your money market accounts and the Merrill Lynch accounts.**

A Okay.

**Q There was a March 23rd, 2023, modification to an SBA loan to Pappas Piping and Ormond Corporation.**

**Do you know what I'm referring to?**

A No, I don't.

**Q Did you have an SBA loan that went to Pappas Piping and Ormond Corporation?**

A Yes. There is an SBA loan for Pappas Piping/Ormond. Ormond is a shell around Pappas. So


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 175 of 191

there's no -- the assets are Pappas', basically, for Ormond Corp.

**Q There was a money market account that was -- appeared to be held in your name and Ms. Butler's name at --**

A Oh, yes, at -- oh, at Live Oak. Are you talking about the Live Oak escrow account?

**Q I don't know. It's a money -- it was an account -- I have the account number, which was 3033802. I don't know if that is a Live Oak escrow or otherwise.**

A Yeah. I think that was the Live Oak escrow account.

**Q I mean, I can tell you the amount. There was an initial deposit of over 5.9 million.**

A Yes. That was from the sale of our house in Palo Alto, and it's a Live -- it was a Live Oak escrow account, collateral -- a collateral account. Sorry. Not escrow. Collateral account.

**Q And that -- so the sale proceeds of your house served as collateral for that loan?**

A Correct. They were collateral to both -- both Decorative Plumbing Distributors, Live Oak, and the Pappas Piping loan. They were both SBA loans or one was SB- -- hy- -- SB hybrid. That's the Pappas Piping, and the other was a full SB loan.


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 176 of 191

**Q Okay.**
**The Palo Alto house, what was the full address of that?**
A 1444 Edgewood Drive, Palo Alto.
**Q When was that sold?**
A In that time frame that you're talking about, March 2023. Yeah.
**Q Did that money go -- was that -- were the -- was the full amount of those funds encumbered or was there any portion of that that --**
A A hundred percent encumbered. A hundred percent encumbered.
**Q By the SBA loans?**
A By the SBA loans and Live Oak, their interest in -- yeah, their interest.
**Q Okay.**
**Do you know the balance of that money market account in --**
A Today?
**Q -- the year end 2024? Let's start with the year end 2024.**
A I don't know when it was -- what it was year end 2024, but I -- no. It would have been zero year end 2024 at that point.
**Q So it was all paid out by then?**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 177 of 191

A It was all -- the last payout was the equity in 5- -- 730 Mora. That was 1.3 million or something, 1.4 million, something like that.

**Q So did part of the funds go to pay for Mora?**

A Yes. Yeah, the equity. Uh-huh.

**Q So about 1.3- to 1.4- of the equity went to pay Mora and the rest went to pay encumbered loans?**

A Yeah. We paid down the Decorative Plumbing Distributors loan which allowed us to then do the BofA loan, which was, like, approximately 3 -- I think it was approximately 3 million at Live Oak at the time when we were -- was that February of 20- -- February of 20-something, when we took out the loan.

**Q Okay.**

A We -- yeah. We paid the Live Oak loan off to unencumber the business --

**Q Okay.**

A -- and we got the subordination of the SBA for the AIDL.

**Q Was the SBA a separate loan or was it the same thing of -- as the Live Oak? Meaning, was it, like, a third-party lending agreement, a 504 loan, or was it just when you had --**

A No. It was a 7A loan with Live Oak --

**Q Okay.**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 178 of 191

A -- as the lender --

**Q Okay. 7A.**

A -- and there was the principal on the 7A and then there was a line of -- a million-dollar line of credit.

**Q Okay.**

A And those were paid off essentially with proceeds, and then the rest of the money was used to buy 730 Mora.

**Q Was the money market account closed?**

A Yes. It was closed in September of 2024 when we closed on the 730 Mora.

**Q Do you have documents supporting the closure of that account?**

A I do not. I'm sure I can get them from Live Oak.

**Q Okay. We request that you try to get those from Live Oak and produce to us as part of a supplemental production to show that those accounts have been closed.**

A Okay.

**Q In regards to Merrill Lynch accounts, on Schedule A, B, I was -- line Item No. 18, you had zero dollars listed as bank held in the Merrill Lynch accounts.**

**Does that sound correct to you?**

A As of what date?

**Q Well, that was the date you filed, whenever you filed your initial --**

A Yeah. That money had already been used or moved out of Merrill Lynch. Yeah.

**Q Okay.**

**As of January 21st, 2025 --**

A Okay.

**Q -- which was -- okay. So -- and that was early in the year before you filed.**

A Uh-huh.

**Q That account had a net portfolio value of $504,500.**

A Uh-huh.

**Q And that there was a separate account. And I have the account numbers, but I doubt you have them memorized. I can give them to you if you want. There was a separate account that had a net portfolio value of $17,253.43.**

A Uh-huh.

**Q Do you recall that?**

A Sounds -- sounds correct, but -- yeah.

**Q So what happened to the over $521,000 that was in those accounts between January and the time that you filed your bankruptcy petition, which was in November 2025?**

A Generally -- I'm not speaking just specifics, but generally, the money was used for living, and then we moved -- when Bank of America asked us to remove our

relationship from the bank, we moved the money, what was left, which you can clearly see on the accounts. Since you have access to the statements, we moved that money over to, I believe, Chase or where -- yeah, Chase, I guess, or another institution.

**Q How much did you move over to Chase?**

A I don't know. I'd have to look, but -- you know.

**Q I'm sorry. Was Chase a prepetition account or a DIP account?**

A I've had both. I've had both, a prepetition account and then a DIP account. Yeah.

**Q So approximately how much of that was still available by the time that you filed your bankruptcy petition in November 2025?**

A I don't know. I'd have to go try to get the statements from -- or see what we moved from -- into the DIP after, but -- yeah. I don't know exactly. I mean -- yeah. I could speculate, but I don't know exactly.

**Q Do you think it was more than 100,000 or less than 100,000?**

A Yeah. It was more than 100,000. 100- to 200- sounds about right, the total.

**Q And then is your testimony that that money was then transferred to a debtor-in-possession account when you filed?**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 181 of 191

A Yes.

**Q Do you have a copy of your statement as of October '25 before you filed?**

A I believe I do, but -- or I can get access to it, but, yeah, I don't have it handy.

**Q We would request that you provide us a copy of your statement from October and November 2025.**

A Okay.

**Q And we did make that request during the 341 meeting of creditors in January, and we were told that you could provide documents on where the funds went. So --**

A Right.

**Q -- actually, I'm actually going to expand that request. Ideally, we would like the documents from January 21st, 2025, through the date that you filed.**

A Okay.

**Q Okay.**

**Do you believe that you have those statements?**

A I'm fairly sure. I mean, I can see what I can --

**Q When you amended your SOFA, did you -- instead of answering -- entering "no" -- there was a question 20 about -- when asked whether any financial accounts or instruments were held in your name within one year of the bankruptcy filing had been disclosed, and you had previously answered "no." This is part 8, question 20.**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 182 of 191

**When you amended your schedules, did you change that to "yes"?**

A I don't know if we did or not. We should have, and it should say the Bank -- basically the Bank of America accounts eventually and I guess the escrow closing -- no. That would have been over a year when we closed on the house. So the collateral account. That was September 2024.

**Q Okay. I'll take a look at that and see if that change was made.**

**There was a Merrill Lynch wealth management account -- that was an account number ending -2519 -- that was closed on February 9th of 2026. This would have been post petition. Why was this -- was this account disclosed in the bankruptcy schedules? It wasn't in the first schedules. If you've amended them and I haven't seen them, you can let me know if it was included on the amended schedules.**

A No. I don't know if we included it. The money was moved out of that long before, and I believe my financial advisor at Merrill Lynch had closed it. So -- I mean, clerical error here, if anything.

**Q Where did any of the funds go?**

A Those -- I'm -- wherever they were transferred to. I don't recall.


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 183 of 191

**Q Do you have statements from that account?**
A From the Merrill Lynch account?
**Q Uh-huh. Well, this -- and this is the account -- it's a Merrill Lynch wealth management --**
A Yeah. I know what --
**Q -- checking account.**
A Yeah. The wealth checking account, yeah. That -- those would have been -- I mean, we've already been talking about where money -- like, that would have been the 17,000 that you were talking about earlier, whatever, wherever that transferred -- was transferred into, you know, Chase -- likely to Chase, I think, at the time we moved from Bank of America.
**Q Okay.**
**Well -- so just to clarify, we have a number of accounts. So -- okay. The earlier accounts that I was referring to end in -923 and -465. Okay. So the full account is 5224923 and then one was 85292465. So those are the ones that we requested the statements from January to your date of filing the petition.**
A Yeah. Those are the Merrill Lynch wealth accounts, if I'm not --
**Q Yeah.**
A -- mistaken.
**Q But now --**

A But the actual stock -- stock accounts -- -2591 are -- was our bank -- it was a Bank of America checking account. I know it was a Merrill Lynch flagged account, but it was a Bank of America checking account, if I'm --

**Q You're saying the -2591 was Bank of America?**

A Yes. I mean, I -- because we were a Merrill Lynch -- we came through -- to Bank of America from Merrill Lynch. That's how we ended up. So I guess it was a flagged, you know, wealth management banking account, but it was still a checking account at Bank of America, not on the Bank of America side of the institution, from what I understand.

**Q If you could provide us a bank statement --**

A That was a primary checking account that we used. I think there was another one called -2522.

**Q There was. That was the next one I was going to ask about because that also was closed post petition. So we have the same question about what funds were there and where did they go.**

A They were all transferred to Chase, potentially, or -- yeah, I believe Chase. And you have the state- -- you have access to the statements. So you can see when the final checks or transfers were out.

**Q So they're Bank of America accounts, we saw it as a Merrill Lynch, but we can -- you know, if they are --**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 185 of 191

A They are BofA accounts. I know that for a fact.

**Q Okay.**

**There was also a Merrill Lynch wealth management savings account, -2535. Is that -- was that at Merrill Lynch or was that BofA too?**

A That sounds like that was Bank of America. Again, Merrill Lynch-branded Bank of America savings account. Again, I think you have access to that.

**Q Was that --**

A There wasn't much in it. I don't think we kept much in it. So -- I'm just --

**Q Was that account closed?**

A I think it was closed. I mean, I moved all the money out. At the request of your client, asked me to move our money from Bank of America. So I did that, and I asked for the accounts to be closed. If it took them till February to close them, not my problem.

**Q Are all of these accounts listed on your bankruptcy schedules -- or I should say amended schedules, because we didn't see them on the bankruptcy schedules, but amended schedules?**

A I believe so, yeah.

**Q So -- okay. So we have seven Bank of America accounts that were closed on June 18th, 2025, that we did not see disclosed on the bankruptcy schedules. Do you**

**know why they weren't disclosed? Do you know which ones I'm talking about? I have a list of them.**

A You want to -- were they -- they're my child accounts.

**Q I don't know whose they were. There were various account numbers. We have seven of them.**

A Yeah. Probably child accounts, because I have seven children. So -- or I have some children.

**Q And were those all closed?**

A Or just put in the name of the child. Like I do I think I have a couple of kids that still bank at Bank of America, but they're on their own. They're their accounts. They were always their checking accounts. They were custodial or whatever they call them, child accounts. They're primarily in the child's name, and I -- I believe I still had access as a parent on it, but they were not my funds, never were my funds. They were my kids' money. And we're talking about kids -- you know, we're talking about de minimis amounts here relative to what we're talking about on the scale. You know, like a thousand bucks, 500 bucks, $1500 that was all -- it was all in the kids' names. Their social security numbers and their names were on it. So I didn't disclose it because they weren't my accounts, in my mind.

Right?

**Q Okay.**

**Did you give any gifts to them within the two years preceding the bankruptcy filing?**

A No. Well, I might have transferred money. It's like I pay you -- paid for that. I'm reimbursing you for something, but not gifts. No gifts.

**Q For reimbursements, were there any reimbursements over $10,000?**

A No. $20 to go to the movie and buy some popcorn, you know, kind of thing.

**Q Okay.**

**You had a Charles Schwab account, -6018.**

A Uh-huh.

**Q Are you familiar with that?**

A Yeah.

**Q Were those disclosed on your schedule or SOFA -- we did not see that -- or in your amended schedules?**

A Yeah. I believe they're on -- it's on the amended one.

**Q Okay. We'll take a look at that.**

**How much was in that account?**

A At what time?

**Q Well, at -- let's say at the time that you filed for your bankruptcy protection.**

A I would say a little less than a hundred.

Probably about 75- or something like that, or not even that. Probably more like 60-.

**Q Is that money still in the account?**

A Not 60-, no, but there is still stuff in there. Yeah.

**Q So we have seen some deposits and withdrawals from a Fidelity account into a Charles Schwab account. Do you know -- do -- well, one was in September 2025 for about 20,000, almost 21,000. Do you know who would have withdrawn that? That would have been just a couple of months before the bankruptcy petition was filed.**

A Yeah. I was closing the Fidelity account out.

**Q Why?**

A Just to have it in one -- into the Schwab account.

**Q Was the money moved to the Schwab account?**

A Yes.

**Q Was the money --**

A Well, actually, I can't say -- I can't answer that. I believe it was moved to the Schwab account, but it might have been also to a Chase bank account. So I don't want to speculate.

**Q Was the money withdrawn from the Schwab account?**

A Was that specific -- I mean, money has been withdrawn from the Schwab account.


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 189 of 191

**Q Well, specifically the almost $21,000. Was that withdrawn from the Schwab account in or around September 2025?**

A No. No, I don't -- I'm not sure I'm -- I'm not sure I'm following what you're asking here. Are you talking about what came from Fidelity to Schwab and then did I take it out of Schwab again? No. It just moved -- either it moved -- whatever the account it moved to -- it went to and -- you know, it's been drawn down on, but -- since then, but nothing like --

**Q Okay. Maybe I'll give you a timeline that will help. Okay.**

**So our client files a complaint in March 2025. In around September 2025, there was a transfer, and then from what we have seen a withdrawal of about 21,000 from that account. And that was a few months before filing the bankruptcy case. I'm trying -- probably -- it may have even been after we got our attachments, you know, which would have occurred probably, you know, somewhere around there. So I'm trying to understand, why was this money moved? Was it withdrawn? Why was it withdrawn? Is there anything left of it?**

A I might be going out on a little bit of a limb here, but it might also be related to pulling the money together for our fee for our counsel.

**Q But do you know that for sure?**

A I would have to -- no, I don't know that definitively, but that -- I mean, that's, you know, not -- that's not the amount, but that would be contributory to --

**Q Can you produce a statement from the Charles Schwab account ending in -6018 from -- let's do it from August through the time that you filed?**

A I believe I can, yeah. Just put that on your list.

**Q Okay.**

A I'm not sure I can get -- I mean, I'm putting down notes, but I'm not documenting the details of the documents you're looking for here.

**Q I can -- I can follow up with your counsel on --**

A Thank you.

**Q -- on a list.**

**From December 2025 to March 2026, there were various transfers that were made from a Schwab brokerage to a First Tech in the J.P. Morgan Chase account. The amounts were only about 4500, but these were all post petition transfers. So we're trying to understand why these were made and who made them.**

A When again?

**Q So the time frame is December 2025 through**


Case: 25-51814 Doc# 77 Filed: 09/25/26 Entered: 09/25/26 17:07:48 Page 191 of 191