David N. Chandler, Jr. SBN 235427
DAVID NYLE CHANDLER P.C.
1747 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 528-4331

Attorney for William D. Butler

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>WILLIAM DOKOS BUTLER and ANNE HARMSEN BUTLER,<br><br>Debtors. / | CASE No. 25-51814 CMP<br><br>CHAPTER 11<br><br>EX PARTE MOTION FOR ORDER SETTING HEARING ON RECONSIDERATION OF NOTICE PROVISIONS IN ORDER REGARDING APPLICATION TO EMPLOY DAVID NYLE CHANDLER P.C. AS BANKRUPTCY COUNSEL |

TO: HONORABLE CARA MASAKO PORTER, JUDGE, UNITED STATES BANKRUPTCY COURT:

David N. Chandler, Jr., attorney for William D. Butler, Debtor herein, hereby moves for an order setting hearing on reconsideration of notice provisions in the Order Regarding Application to Employ David Nyle Chandler P.C. as Bankruptcy Counsel [Doc. # 76] and represents:

1. The within case was filed by voluntary Petition under Chapter 11 of the Code on November 20, 2025. Doc. # 1.

2. The Order authorizing employment of Meyer Law Group, LLP was entered on December 29, 2025. Doc. # 25.

3. The Debtors were divorced in Utah on or about December 16, 2025. Doc. # 77-3 at p.164.

4. On September 2, 2026, the Substitution of Attorneys, which substituted Daniel W. Chudleigh in the place and stead of Meyer Law Group, LLP, was filed. Doc. # 66.

5. The Order Denying Application to Employ Daniel W. Chudleigh on the basis of his not being a disinterested person was entered on September 8, 2026. Doc. # 69.

6. The Application to Employ David Nyle Chandler, P.C. Under General Retainer was filed on September 23, 2026 (the "Application"). Doc. # 72.

7. The Order Regarding Application to Employ David Nyle Chandler P.C. as Bankruptcy Counsel was entered on September 27, 2026 (the "Order"). Amongst other things, the Order requires service of the Application and supplemental documents on creditors as provided in BLR 9014-1 [Doc. # 76]. The Local Rule requires 21-days notice to all interested parties. BLR 9014-1.

9. There are a number of time-sensitive matters in the case requiring prompt attention, including the presentation of a motion for sale of real property [Chandler Decl. ¶ 10], timely completion of a sale prior to a secured creditor who obtained relief from stay foreclosing its Deed of Trust [Doc. # 64] and Bank of America's Motion to Dismiss [Doc. # 73].

10. It is unreasonable to expect counsel to render services relative to the time-sensitive matters under threat of an application to employ being denied.

11. The interests of the Debtors and the estate will be irreparably harmed unless the Application is approved without delay given the precarious circumstances of the case.

WHEREFORE, Debtor William D. Butler requests that the Court set

a hearing on the Order on October 2, 2026, that the court vacate that portion of the Order requiring 21-days notice to creditors under BLR 9014-1 and for such other and further relief that the court deems just and proper.

Respectfully submitted,

Dated: 9/30/2026

DAVID NYLE CHANDLER P.C.

*/s/ David N. Chandler, Jr.*
DAVID N. CHANDLER, Jr.,
Attorney for William D. Butler