DANIEL W. CHUDLEIGH (SBN 279564)
**CHUDLEIGH LAW P.C.**
6 S. Alta Mira
Laguna Beach, CA 92651
Telephone: (949) 504-5000
Facsimile: (949) 627-8055
Email: dan@chudleighlaw.com
*Former Attorney for Debtor Anne Harmsen Butler*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM DOKOS BUTLER and ANNE HARMSEN BUTLER,<br><br>Debtors in Possession. | **Case No. 25-51814-CMP**<br><br>**Chapter 11**<br><br>**SUBSTITUTION OF ATTORNEY FOR DEBTOR ANNE HARMSEN BUTLER (PRO SE / SELF-REPRESENTED)** |

**TO THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, ALL PARTIES IN INTEREST, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Debtor Anne Harmsen Butler, whose address is 939 E. Claremont Dr., Bountiful, UT 84101, hereby substitutes herself, acting pro se (in propria persona / self-represented), in place and stead of Daniel W. Chudleigh of Chudleigh Law P.C., as attorney of record in the above-captioned matter.

All future notices, pleadings, papers, and correspondence directed to Debtor Anne Harmsen Butler should be served directly upon her at the contact information provided herein.



Case: 25-51814 Doc# 92 Filed: 10/12/26 Entered: 10/12/26 10:55:00 Page 1 of 2

**DEBTOR'S CONSENT TO SUBSTITUTION AND SELF-REPRESENTATION:**

Dated: Oct 9, 2026

Anne Harmsen Butler (Oct 9, 2026 23:55:38 MDT)

**ANNE HARMSEN BUTLER**
*Debtor in Possession, Pro Se*
929 E. Claremont Dr., Bountiful, UT 84010
(917) 449-1853
butler212@gmail.com

**OUTGOING COUNSEL CONSENTS TO SUBSTITUTION:**

Dated: Oct 9, 2026

CHUDLEIGH LAW P.C.

By: Daniel Chudleigh (Oct 9, 2026 17:18:01 PDT)
**Daniel W. Chudleigh, Esq.**
*Former Attorney for Debtor Anne Harmsen Butler*

**SUBSTITUTION ACCEPTED:**

Dated: Oct 9, 2026

Anne Harmsen Butler (Oct 9, 2026 23:55:38 MDT)

**ANNE HARMSEN BUTLER**
*Debtor in Possession, Pro Se*